IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

New England Teamsters Pension Fund

     v.

West Pharmaceutical Services, Inc.,
Eric M. Green, Bernard J. Birkett, and
Quintin J. Lai

Case Number: __2:25-cv-02285__

## ORDER

AND NOW, this __27th__ day of _____May_____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]  GRANTED.  The Clerk is DIRECTED to add __Nidhi (Nina) Yadava__, Esquire as counsel for

West Pharmaceutical Services, Inc.,
Eric M. Green, Bernard J. Birkett, and Quintin J. Lai. __Nidhi (Nina) Yadava__ is DIRECTED to request ECF filing access

using their PACER Account[1].

[  ]  DENIED.

/s/ Juan R. Sánchez
_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).