IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| New England Teamsters Pension Fund | : | Case Number: ___2:25-cv-02285___ |
|  | : |  |
| v. | : |  |
|  | : |  |
| West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett, and Quintin J. Lai | : |  |

ORDER

AND NOW, this __27th__ day of ____May____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]    GRANTED.  The Clerk is DIRECTED to add ____Sarah D. Efronson____, Esquire as counsel for

West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett, and Quintin J. Lai. ____Sarah D. Efronson____ is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ]    DENIED.

_____
/s/ Juan R. Sánchez
                                                    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).