**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEST PHARMACEUTICAL SERVICES, INC., ERIC M. GREEN, BERNARD J. BIRKETT, and QUINTIN J. LAI, <br><br> Defendants. | Case No. 2:25-cv-02285-JS <br><br> Hon. Juan R. Sánchez <br> District Judge <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE PENSION FUNDS**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL, AND**
**<u>DENYING THE COMPETING MOTIONS</u>**

Having considered the competing motions of AkademikerPension - Akademikernes Pensionskasse, Public Employees' Retirement System of Mississippi, and Mineworkers' Pension Scheme (collectively, the "Pension Funds"), Louisiana School Employees' Retirement System ("LSERS"), and STA-ILA Pension, Benefits, and Severance & Annuity Trust Funds ("STA-ILA") for appointment as Lead Plaintiff and approval of selection of Lead Counsel, and good cause appearing therefor,

**IT IS ORDERED THAT**:

1. The Pension Funds' motion is **GRANTED**.

2. The motions filed by LSERS and STA-ILA are **DENIED**.

3. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, the Pension Funds are **APPOINTED** to serve as Lead Plaintiff in the above-captioned action.

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Pension Funds' selection of Kessler Topaz Meltzer & Check, LLP and Labaton Keller Sucharow LLP as Lead Counsel for the class is **APPROVED**. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c) to direct and coordinate the examination of witnesses in depositions;

d)  to act as spokesperson at pretrial conferences;

e)  to initiate and conduct any settlement negotiations with defendants' counsel;

f)  to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

g)  to consult with and employ experts; and

h)  to perform such other duties as may be expressly authorized by further order of this Court.

5.    No motions, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff on behalf of the class or putative class without the approval of Lead Counsel.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE JUAN R. SÁNCHEZ
UNITED STATES DISTRICT JUDGE