IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

NEW ENGLAND TEAMSTERS PENSION
FUND, Individually and on Behalf of All
Others Similarly Situated

v.

WEST PHARMACEUTICAL SERVICES,
INC., ERIC M. GREEN, BERNARD J.
BIRKETT, and QUINTIN J.

:
:
:
:
:
:
:

Case Number: ___2:25-cv-02285___

## ORDER

AND NOW, this __6th__ day of ___August___ 20 25 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]   GRANTED.  The Clerk is DIRECTED to add ___Emily N. Gault___, Esquire as counsel for

AkademikerPension - Akademikernes Pensionskasse,
Public Employees' Ret. Sys. of Mississippi, Mineworkers'
Pension Scheme (collectively, the "Pension Funds")   .   ___Emily N. Gault___ is DIRECTED to request ECF filing access

using their PACER Account[1.]

[ ]   DENIED.

/s/ Juan R. Sánchez
_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).