**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

NEW ENGLAND TEAMSTERS PENSION FUND,
Individually and on Behalf of All Others Similarly
Situated

        Plaintiffs,

   v.

WEST PHARMACEUTICAL SERVICES, INC.,
ERIC M. GREEN, BERNARD J. BIRKETT,
QUINTIN J. LAI, and CINDY REISS-CLARK,

        Defendants.

Case No. 2:25-cv-02285

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXPAND**
**PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

Lead Plaintiffs AkademikerPension - Akademikernes Pensionskasse, Public Employees'
Retirement System of Mississippi, and Mineworkers' Pension Scheme ("Lead Plaintiffs") as
well as Defendants West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett,
Quintin J. Lai, and Cindy Reiss-Clark ("Defendants") jointly moved for leave to file
motion-to-dismiss briefing in excess of the page limits permitted under the Court's Policies and
Procedures.

The joint motion is hereby **GRANTED** as follows:  Defendants' memorandum of law in
support of their motion to dismiss shall not exceed 47 pages; Lead Plaintiffs' memorandum in
opposition to Defendants' motion to dismiss shall not exceed 47 pages; and Defendants' reply
memorandum of law shall not exceed 25 pages.

Dated: _____December 16, 2025_____      _____/s/ Juan R. Sánchez_____
                                        THE HONORABLE JUAN R. SÁNCHEZ
                                        UNITED STATES DISTRICT COURT