IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: __2:25-cv-02285__

New England Teamsters Pension Fund

v.

West Pharmaceutical Services, Inc.,
Eric M. Green, Bernard J. Birkett,
Quintin J. Lai, and Cindy Reiss-Clark

## ORDER

AND NOW, this __17th__ day of _____December_____ 2025 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[x] GRANTED.  The Clerk is DIRECTED to add ___Rajeev Muttreja___, Esquire as counsel for

___West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett, Quintin J. Lai, and Cindy Reiss-Clark___. ___Rajeev Muttreja___ is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ] DENIED.

/s/ Juan R. Sánchez
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).