**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated<br><br>  Plaintiffs,<br><br>  v.<br><br>WEST PHARMACEUTICAL SERVICES, INC., ERIC M. GREEN, BERNARD J. BIRKETT, QUINTIN J. LAI, and CINDY REISS-CLARK,<br><br>  Defendants. | Case No. 2:25-cv-02285<br><br>**Oral Argument Requested** |

**DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in the accompanying Memorandum of Law, Defendants West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett, Quintin J. Lai, and Cindy Reiss-Clark respectfully move to dismiss the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 31) in full and with prejudice, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, for failure to state a claim.

Defendants respectfully request oral argument on their Motion to Dismiss at a date and time convenient for the Court.

Dated: December 18, 2025                    Respectfully submitted,


                                            *s/ Margaret C. Gleason*
                                            Margaret C. Gleason (PA 201742)
                                            **JONES DAY**
                                            500 Grant Street, Suite 4500
                                            Pittsburgh, PA 15219
                                            Telephone: (412) 394-7235
                                            Facsimile: (412) 394-7959
                                            mcgleason@jonesday.com

                                            Nina Yadava (*pro hac vice*)
                                            Rajeev Muttreja (*pro hac vice*)
                                            Sarah D. Efronson (*pro hac vice*)
                                            **JONES DAY**
                                            250 Vesey Street
                                            New York, NY 10281
                                            Telephone: (212) 326-3746
                                            Facsimile: (212) 755-7306
                                            nyadava@jonesday.com
                                            rmuttreja@jonesday.com
                                            sefronson@jonesday.com

                                            *Counsel for Defendants West Pharmaceutical*
                                            *Services, Inc., Eric M. Green, Bernard J.*
                                            *Birkett, Quintin J. Lai, and Cindy Reiss-Clark*