## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

NEW ENGLAND TEAMSTERS PENSION FUND,
Individually and on Behalf of All Others Similarly
Situated

                Plaintiffs,

   v.

WEST PHARMACEUTICAL SERVICES, INC.,
ERIC M. GREEN, BERNARD J. BIRKETT,
QUINTIN J. LAI, and CINDY REISS-CLARK,

          Defendants.

Case No. 2:25-cv-02285

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

AND NOW, this _____ day of _____, 20____, upon consideration of

Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities

Laws (ECF No. 31) and all briefing in support of or in opposition to same, it is hereby ORDERED

that Defendants' Motion is GRANTED pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules

of Civil Procedure and the Private Securities Litigation Reform Act of 1995.  All of Plaintiffs'

claim are hereby DISMISSED with prejudice for failure to state a claim.


_____
THE HONORABLE JUAN R. SÁNCHEZ
UNITED STATES DISTRICT JUDGE