**APPENDIX A**
**CLASS PERIOD TRADING OF INDIVIDUAL DEFENDANTS[1]**

**ERIC M. GREEN[2]**

| Exhibit No. | Transaction Date | Form 4 Filing Date | Transaction Type | Number of Shares | Price Per Share | Included in Am. Compl. App'x A? |
|---|---|---|---|---|---|---|
| 38 | 2/21/2023 | 2/23/2023 | Acquisition (via direct grant from West) | 14783 | $306.68 | No |
| 28 | 3/7/2023 | 3/9/2023 | Acquisition (via exercise of stock options) | 50000 | $57.38 | No |
| 28 | 3/7/2023 | 3/9/2023 | Disposal | 3154 | $320.60 | Yes |
| 28 | 3/7/2023 | 3/9/2023 | Disposal | 7685 | $321.61 | Yes |
| 28 | 3/7/2023 | 3/9/2023 | Disposal | 26753 | $322.49 | Yes |
| 28 | 3/7/2023 | 3/9/2023 | Disposal | 5277 | $323.38 | Yes |
| 28 | 3/7/2023 | 3/9/2023 | Disposal | 1131 | $324.29 | Yes |
| 29 | 5/9/2023 | 5/11/2023 | Acquisition (via exercise of stock options) | 50000 | $57.38 | No |
| 29 | 5/9/2023 | 5/11/2023 | Disposal | 14157 | $361.95 | Yes |
| 29 | 5/9/2023 | 5/11/2023 | Disposal | 12562 | $362.93 | Yes |
| 29 | 5/9/2023 | 5/11/2023 | Disposal | 12648 | $363.94 | Yes |
| 29 | 5/9/2023 | 5/11/2023 | Disposal | 4133 | $364.76 | Yes |
| 29 | 5/9/2023 | 5/11/2023 | Disposal | 500 | $365.46 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Acquisition (via exercise of stock options) | 50000 | $57.38 | No |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 1000 | $389.62 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 4500 | $392.16 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 7055 | $393.13 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 8329 | $394.17 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 7684 | $395.07 | Yes |

[1] This Appendix was prepared based on all of the Individual Defendants' Forms 4 that were publicly filed during the class period. *See* Exs. 28–46.

[2] All of Green's trades during the class period were made pursuant to a Rule 10b5-1 Plan. *See* Exs. 28, 29, 31, 34–36, 42, 44.

- 1 -

| Exhibit No. | Transaction Date | Form 4 Filing Date | Transaction Type | Number of Shares | Price Per Share | Included in Am. Compl. App'x A? |
|---|---|---|---|---|---|---|
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 6700 | $396.13 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 7532 | $397.18 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 1100 | $397.90 | Yes |
| 31 | 8/8/2023 | 8/10/2023 | Disposal | 100 | $398.87 | Yes |
| 42 | 12/6/2023 | 12/8/2023 | Disposal (charitable gift) | 9800 | $343.00 | No |
| 44 | 2/20/2024 | 2/22/2024 | Acquisition (via direct grant from West) | 6567 | $0 | No |
| 34 | 2/27/2024 | 2/29/2024 | Acquisition (via exercise of stock options) | 64132 | $57.38 | No |
| 34 | 2/27/2024 | 2/29/2024 | Disposal | 64132 | $359.85 | Yes |
| 34 | 2/27/2024 | 2/29/2024 | Acquisition (via exercise of stock options) | 9000 | $57.38 | No |
| 35 | 5/7/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 9316 | $57.38 | No |
| 35 | 5/7/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 15684 | $57.38 | No |
| 35 | 5/7/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 41000 | $59.64 | No |
| 35 | 5/7/2024 | 8/8/2024 | Disposal | 9316 | $366.64 | Yes |
| 35 | 5/7/2024 | 8/8/2024 | Disposal | 15684 | $366.66 | Yes |
| 35 | 5/7/2024 | 8/8/2024 | Disposal | 41000 | $366.65 | Yes |
| 35 | 5/7/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 9000 | $59.64 | No |
| 36 | 8/6/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 30732 | $59.64 | No |
| 36 | 8/6/2024 | 8/8/2024 | Disposal | 30732 | $304.71 | Yes |
| 36 | 8/6/2024 | 8/8/2024 | Acquisition (via exercise of stock options) | 6000 | $59.64 | No |

**BERNARD J. BIRKETT**

| Exhibit No. | Transaction Date | Form 4 Filing Date | Transaction Type | Number of Shares | Price Per Share | Included in Am. Compl. App'x A? |
|---|---|---|---|---|---|---|
| 37 | 2/21/2023 | 2/23/2023 | Acquisition (via direct grant from West) | 3614 | $306.68 | No |
| 41 | 3/1/2023 | 3/22/2023 | Bonus & Incentive share grant | 43 | $318.28 | No |
| 30 | 8/2/2023 | 8/8/2023 | Acquisition (via exercise of stock options) | 8450 | $102.51 | No |
| 30 | 8/2/2023 | 8/8/2023 | Acquisition (via exercise of stock options) | 13884 | $100.92 | No |
| 30 | 8/2/2023 | 8/8/2023 | Disposal | 22134 | $370.38 | Yes |
| 30 | 8/2/2023 | 8/8/2023 | Disposal | 200 | $371.03 | Yes |
| 43 | 2/20/2024 | 2/22/2024 | Acquisition (via direct grant from West) | 1969 | $0 | No |

## QUINTIN J. LAI

| Exhibit No. | Transaction Date | Form 4 Filing Date | Transaction Type | Number of Shares | Price Per Share | Included in Am. Compl. App'x A? |
|---|---|---|---|---|---|---|
| 39 | 2/21/2023 | 2/23/2023 | Acquisition (via direct grant from West) | 1134 | $306.68 | No |
| 32 | 8/11/2023 | 8/15/2023 | Acquisition (via exercise of stock options) | 8772 | $89.64 | No |
| 32 | 8/11/2023 | 8/15/2023 | Acquisition (via exercise of stock options) | 7140 | $102.51 | No |
| 32 | 8/11/2023 | 8/15/2023 | Acquisition (via exercise of stock options) | 3348 | $173.22 | No |
| 32 | 8/11/2023 | 8/15/2023 | Acquisition (via exercise of stock options) | 1388 | $274.29 | No |
| 32 | 8/11/2023 | 8/15/2023 | Acquisition (via exercise of stock options) | 453 | $369.13 | No |
| 32 | 8/11/2023 | 8/15/2023 | Disposal | 10725 | $394.62 | Yes |
| 32 | 8/11/2023 | 8/15/2023 | Disposal | 8635 | $395.54 | Yes |
| 32 | 8/11/2023 | 8/15/2023 | Disposal | 1741 | $396.12 | Yes |
| 45 | 2/20/2024 | 2/22/2024 | Acquisition (via direct grant from West) | 375 | $0 | No |

**CINDY REISS-CLARK**

| Exhibit No. | Transaction Date | Form 4 Filing Date | Transaction Type | Number of Shares | Price Per Share | Included in Am. Compl. App'x A? |
|---|---|---|---|---|---|---|
| 40 | 2/21/2023 | 2/23/2023 | Acquisition (via direct grant from West) | 970 | $306.68 | No |
| 33 | 8/22/2023 | 8/24/2023 | Acquisition (via exercise of stock options) | 1112 | $173.22 | No |
| 33 | 8/22/2023 | 8/24/2023 | Acquisition (via exercise of stock options) | 1588 | $274.29 | No |
| 33 | 8/22/2023 | 8/24/2023 | Acquisition (via exercise of stock options) | 777 | $369.13 | No |
| 33 | 8/22/2023 | 8/24/2023 | Disposal | 3477 | $393.34 | Yes |
| 46 | 2/20/2024 | 2/22/2024 | Acquisition (via direct grant from West) | 551 | $0 | No |