UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NEW ENGLAND TEAMSTERS PENSION FUND,
Individually and on Behalf of All Others Similarly
Situated

               Plaintiffs,

     v.

WEST PHARMACEUTICAL SERVICES, INC.,
ERIC M. GREEN, BERNARD J. BIRKETT,
QUINTIN J. LAI, and CINDY REISS-CLARK,

               Defendants.

Case No. 2:25-cv-02285

### DECLARATION OF NINA YADAVA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Nina Yadava, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a partner at the law firm of Jones Day, 250 Vesey Street, New York, New York, and counsel for West Pharmaceutical Services, Inc. ("West"), Eric M. Green, Bernard J. Birkett, Quintin J. Lai, and Cindy Reiss-Clark.

2.     I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 31) and put before this Court true and correct copies of the following documents, each of which accompanies this declaration. The Court may rely on each of these documents in deciding Defendants' Motion to Dismiss because they are "documents incorporated into the complaint by reference" or "matters of which [a court] may take judicial notice." *City of Edinburgh Council v. Pfizer, Inc.*, 754 F.3d 159, 166 (3d Cir. 2014).

3.     To the extent any of the following exhibits lack internal pagination, citations to them in Defendants' accompanying Memorandum of Law are to the page number of the PDF.

- 1 -

4.    Attached as Exhibit 1 is a true and correct copy of excerpts of West's Form 8-K filed with the SEC on July 21, 2025, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

5.    Attached as Exhibit 2 is a true and correct copy of excerpts of the UBS analyst report entitled "Q3 Sales Beat Derisks 2024 Guidance, but Destocking Persists," dated October 24, 2024.

6.    Attached as Exhibit 3 is a true and correct copy of a chart listing West's historical stock price from October 23, 2024 through October 25, 2024, available at https://finance.yahoo.com/quote/WST/history/?period1=1729641600&period2=1729900800.

7.    Attached as Exhibit 4 is a true and correct copy of a transcript of West's Q4 2022 earnings call, held on February 16, 2023, referenced at Am. Compl. ¶¶ 303–05; 308–09, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

8.    Attached as Exhibit 5 is a true and correct copy of a transcript of West's Q1 2023 earnings call, held on April 27, 2023, referenced at Am. Compl. ¶¶ 333–37; 340–41; 559, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

9.    Attached as Exhibit 6 is a true and correct copy of a transcript of West's Q2 2023 earnings call held on July 27, 2023, referenced at Am. Compl. ¶¶ 361–62, 364, 367–68, 561, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

10.    Attached as Exhibit 7 is a true and correct copy of a transcript of West's Q3 2023 earnings call held on October 26, 2023, referenced at Am. Compl. ¶¶ 392–93, 395–97, 399–401,

564, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

11.    Attached as Exhibit 8 is a true and correct copy of a transcript of West's Q4 2023 earnings call held on February 15, 2024, referenced at Am. Compl. ¶¶ 423–25, 427–29, 432–36, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

12.    Attached as Exhibit 9 is a true and correct copy of a transcript of West's Q1 2024 earnings call held on April 25, 2024, referenced at Am. Compl. ¶¶ 445–47, 449–55, 566, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

13.    Attached as Exhibit 10 is a true and correct copy of an earnings press release for Q2 2023 filed by West with the SEC on July 27, 2023, referenced at Am. Compl. ¶ 360, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

14.    Attached as Exhibit 11 is a true and correct copy of an earnings press release for Q1 2024 filed by West with the SEC on April 25, 2024, referenced at Am. Compl. ¶ 444, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

15.    Attached as Exhibit 12 is a true and correct copy of a transcript of West's investor presentation at the Barclays Global Healthcare Conference on March 14, 2023, referenced at Am. Compl. ¶¶ 317, 319–20, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

16.    Attached as Exhibit 13 is a true and correct copy of West's slide deck from the Barclays Global Healthcare Conference on March 14, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

17.    Attached as Exhibit 14 is a true and correct copy of a transcript of West's investor presentation at the William Blair Growth Stock Conference on June 6, 2023, referenced at Am. Compl. ¶ 355, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

18.    Attached as Exhibit 15 is a true and correct copy of West's slide deck from the William Blair Growth Stock Conference on June 6, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

19.    Attached as Exhibit 16 is a true and correct copy of a transcript of West's investor presentation at the William Blair Growth Stock Conference on June 4, 2024, referenced at Am. Compl. ¶ 473, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

20.    Attached as Exhibit 17 is a true and correct copy of West's slide deck from the William Blair Growth Stock Conference on June 4, 2024, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

21.    Attached as Exhibit 18 is a true and correct copy of excerpts of West's Form 10-K for Fiscal Year 2024, filed with the SEC on February 18, 2025, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

22.    Attached as Exhibit 19 is a true and correct copy of excerpts of West's Form 10-K for Fiscal Year 2023, filed with the SEC on February 20, 2024, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

23.     Attached as Exhibit 20 is a true and correct copy of excerpts of West's Form 10-K for Fiscal Year 2022, filed with the SEC on February 21, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

24.     Attached as Exhibit 21 is a true and correct copy of excerpts of West's Form 10-Q for Q1 2025, filed with the SEC on April 24, 2025, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

25.     Attached as Exhibit 22 is a true and correct copy of excerpts of West's Form 10-Q for Q3 2024, filed with the SEC on October 24, 2024, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

26.     Attached as Exhibit 23 is a true and correct copy of excerpts of West's Form 10-Q for Q2 2024, filed with the SEC on July 25, 2024, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

27.     Attached as Exhibit 24 is a true and correct copy of excerpts of West's Form 10-Q for Q1 2024, filed with the SEC on April 25, 2024, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

28.     Attached as Exhibit 25 is a true and correct copy of excerpts of West's Form 10-Q for Q3 2023, filed with the SEC on October 26, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

29.     Attached as Exhibit 26 is a true and correct copy of excerpts of West's Form 10-Q for Q2 2023, filed with the SEC on July 27, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

30.     Attached as Exhibit 27 is a true and correct copy of excerpts of West's Form 10-Q for Q1 2023, filed with the SEC on April 27, 2023, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.

31.     Attached as Exhibit 28 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on March 9, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

32.     Attached as Exhibit 29 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on May 11, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

33.     Attached as Exhibit 30 is a true and correct copy of a Form 4 filed with the SEC on behalf of Bernard J. Birkett on August 8, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

34.     Attached as Exhibit 31 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on August 10, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

35.     Attached as Exhibit 32 is a true and correct copy of a Form 4 filed with the SEC on behalf of Quintin J. Lai on August 15, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

36.     Attached as Exhibit 33 is a true and correct copy of a Form 4 filed with the SEC on behalf of Cindy Reiss-Clark on August 24, 2023, referenced at Am. Compl. ¶ 544 & App'x A.

37.     Attached as Exhibit 34 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on February 29, 2024, referenced at Am. Compl. ¶ 544 & App'x A.

38.     Attached as Exhibit 35 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on August 8, 2024, referenced at Am. Compl. ¶ 544 & App'x A.

39.     Attached as Exhibit 36 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on August 8, 2024, referenced at Am. Compl. ¶ 544 & App'x A.

40.     Attached as Exhibit 37 is a true and correct copy of a Form 4 filed with the SEC on behalf of Bernard J. Birkett on February 23, 2023, referenced at Am. Compl. ¶ 544.

41.     Attached as Exhibit 38 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on February 23, 2023, referenced at Am. Compl. ¶ 544.

42.     Attached as Exhibit 39 is a true and correct copy of a Form 4 filed with the SEC on behalf of Quintin J. Lai on February 23, 2023, referenced at Am. Compl. ¶ 544.

43.     Attached as Exhibit 40 is a true and correct copy of a Form 4 filed with the SEC on behalf of Cindy Reiss-Clark on February 23, 2023, referenced at Am. Compl. ¶ 544.

44.     Attached as Exhibit 41 is a true and correct copy of a Form 4 filed with the SEC on behalf of Bernard J. Birkett on March 22, 2023, referenced at Am. Compl. ¶ 544.

45.     Attached as Exhibit 42 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on December 8, 2023, referenced at Am. Compl. ¶ 544.

46.     Attached as Exhibit 43 is a true and correct copy of a Form 4 filed with the SEC on behalf of Bernard J. Birkett on February 22, 2024, referenced at Am. Compl. ¶ 544.

47.     Attached as Exhibit 44 is a true and correct copy of a Form 4 filed with the SEC on behalf of Eric M. Green on February 22, 2024, referenced at Am. Compl. ¶ 544.

48.     Attached as Exhibit 45 is a true and correct copy of a Form 4 filed with the SEC on behalf of Quintin J. Lai on February 22, 2024, referenced at Am. Compl. ¶ 544.

49.     Attached as Exhibit 46 is a true and correct copy of a Form 4 filed with the SEC on behalf of Cindy Reiss-Clark on February 22, 2024, referenced at Am. Compl. ¶ 544.

50.     Attached as Exhibit 47 is a true and correct copy of excerpts of a Rule 10b5-1 trading plan executed by Eric M. Green on May 5, 2023, referenced at Am. Compl. ¶¶ 544, 555.

51.     Attached as Exhibit 48 is a true and correct copy of excerpts of a Rule 10b5-1 trading plan executed by Eric M. Green on November 17, 2023, referenced at Am. Compl. ¶¶ 544,

- 7 -

555, redacted for personally identifiable information pursuant to Fed. R. Civ. P. 5.2 and Local Civil Rule 5.1.3.

52.    Attached as Exhibit 49 is a true and correct copy of a transcript of West's investor presentation at the Baron Investment Conference on November 10, 2023, referenced at Am. Compl. ¶ 407, with highlighting to identify certain information referenced in Defendants' accompanying Memorandum of Law.


I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: December 18, 2025                By: _____
New York, New York                            Nina Yadava

- 8 -