# Exhibit 1

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported) – July 21, 2025**



WEST PHARMACEUTICAL SERVICES, INC.

(Exact name of registrant as specified in its charter)

| Pennsylvania | 1-8036 | 23-1210010 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| 530 Herman O. West Drive, Exton, PA | | 19341-1147 |
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code: **610-594-2900**

Not Applicable

(Former name or address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.25 per share | WST | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

*Bernard Birkett to Assume Advisory Role*

Mr. McMahon will succeed Mr. Bernard Birkett. As the Company previously reported in a Current Report on Form 8-K filed with the Securities and Exchange Commission on April 24, 2025, Mr. Birkett will be retiring as Senior Vice President & Chief Financial Officer. Effective as of the appointment of Mr. McMahon, Mr. Birkett will serve in the role of Senior Advisor to our Chief Executive Officer through December 31, 2025 to ensure a smooth transition.

**Item 9.01 Financial Statements and Exhibits.**

(d)

| Exhibit No. | Description |
| --- | --- |
| 10.1 | Offer Letter, dated July 11, 2025, between West Pharmaceutical Services, Inc. and Robert McMahon. |
| 99.1 | West Pharmaceutical Services, Inc. Press Release, dated July 21, 2025. |
| 104 | The cover page from the Company's Current Report on Form 8-K, dated July 21, 2025, formatted in Inline XBRL. |