# Exhibit 2

 **UBS**

Global Research
24 October 2024

# West Pharmaceutical Services Inc

## Q3 Sales Beat Derisks 2024 Guidance, but Destocking Persists

### Bottom Line

Our Neutral rating on West Pharmaceutical Services (WST) reflects our view that destocking headwinds, margin pressures, and capacity constraints could limit near-term upside. West's Q3 results have mixed implications for our thesis. While West meaningfully beat our Q3 sales estimate, outperformance was largely driven by the early delivery of orders scheduled for Q4. Thus, while we believe the outperformance derisks 2024 guidance, we continue to see persisting operating concerns such as destocking.

### Q3 Beat As Solid Execution Enables Ahead of Schedule Deliveries

Organic revenue decline of (0.5%) beat (4.6%) UBSe. The beat was driven by Proprietary Products decline of (0.5%) [vs. (6.0%) UBSe], while ~flat Contract Manufacturing growth was relatively in-line with UBSe. The beat was driven by the ahead of time delivery of several customer orders. West saw some progressive improvement in destocking with continued signs of normalization in pharma, improving trends in biologics, and continued destocking in generics. Facility ramp at Phoenix, Grand Rapids, and Dublin remain on track.

### 2024 Guidance Effectively Maintained

While West technically increased net sales guidance to $2.875B - $2.905B from $2.87B-$2.9B, the increase is entirely driven by updated FX estimates and the organic sales growth range was downwardly narrowed to (1.5%) - (2.0%) from (1.0%) - (2.0%). We consider the guidance implied Q3-Q4 sequential sales ramp meaningfully de-risked from following the Q3 revenue pull-forward driven beat, and are leaving our full-year 2024 estimate relatively unchanged. We are increasing our 2025 estimates to better reflect the ramp of new facilities and a gradual destocking recovery.

### Forecasts and Price Target Increased

We're increasing our FY24/25 adj. EPS estimates to $6.70/$7.42 from $6.35/$6.81 to reflect upcoming facility ramp and a gradual destocking recovery. We're increasing our price target to $350 (prior $310) based on ~27x our TTM Sept'26e EBITDA forecast (unchanged from ~27x prior). ~27x EV/EBITDA is inside West's traditional 10-year trading range; additionally, the multiple is a ~9x/~50% premium to our packaging comp group, which we believe is appropriate to reflect structural advantages to long-term growth in the pharmaceutical elastomer market.

---

## Equities

Americas
Pharmaceuticals

| 12-month rating | **Neutral** |
|---|---|

| 12m price target | **US$350.00** |
|---|---|
| | *Prior : US$310.00* |
| **Price (24 Oct 2024)** | **US$330.65** |

**RIC:** WST.N  **BBG:** WST US

### Trading data and key metrics

| | |
|---|---|
| **52-wk range** | US$413.00-277.16 |
| **Market cap.** | US$24.2b |
| **Shares o/s** | 73.3m (COM) |
| **Free float** | 99% |
| **Avg. daily volume ('000)** | 147 |
| **Avg. daily value (m)** | US$43.9 |
| **Common s/h equity (12/24E)** | US$2.77b |
| **P/BV (12/24E)** | 8.7x |
| **Net debt to EBITDA (12/24E)** | NM |

### EPS (UBS, diluted) (US$)

| | 12/24E | | | |
|---|---|---|---|---|
| | **From** | **To** | **% ch** | **Cons.** |
| **Q1** | 1.56 | 1.56 | 0 | 1.56 |
| **Q2** | 1.52 | 1.52 | 0 | 1.52 |
| **Q3** | 1.47 | 1.85 | 26 | 1.50 |
| **Q4E** | 1.80 | 1.77 | -1 | 1.84 |
| **12/24E** | 6.35 | 6.70 | 6 | 6.51 |
| **12/25E** | 6.81 | 7.42 | 9 | 7.78 |
| **12/26E** | 7.65 | 8.49 | 11 | 9.01 |

**Dan Leonard**
Analyst
dan.leonard@ubs.com
+1-212-713 2232

**Lu Li**
Analyst
lu.li@ubs.com
+1-212-882 0077

**Kyle Crews**
Associate Analyst
kyle.crews@ubs.com
+1-212-882-0088

---

| Highlights (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 2,832 | 2,887 | 2,950 | 2,894 | 3,090 | 3,319 | 3,584 | 3,871 |
| EBIT (UBS) | 762 | 762 | 691 | 569 | 668 | 764 | 861 | 969 |
| Net earnings (UBS) | 655 | 650 | 609 | 494 | 542 | 616 | 693 | 781 |
| EPS (UBS, diluted) (US$) | 8.59 | 8.57 | 8.08 | 6.70 | 7.42 | 8.49 | 9.59 | 10.83 |
| DPS (net) (US$) | 0.69 | 0.73 | 0.77 | 0.81 | 0.85 | 0.89 | 0.93 | 0.97 |
| Net (debt) / cash | 510 | 685 | 647 | 239 | 119 | 139 | 264 | 463 |

| Profitability/valuation | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| EBIT (UBS) margin % | 26.9 | 26.4 | 23.4 | 19.7 | 21.6 | 23.0 | 24.0 | 25.0 |
| ROIC (EBIT) % | 52.6 | 44.7 | 36.2 | 26.2 | 27.4 | 29.0 | 30.9 | 33.1 |
| EV/EBITDA (UBS core) x | 30.2 | 25.5 | 30.2 | 31.7 | 26.9 | 23.4 | 20.6 | 18.1 |
| P/E (UBS, diluted) x | 42.9 | 36.6 | 43.0 | 49.3 | 44.5 | 39.0 | 34.5 | 30.5 |
| Equity FCF (UBS) yield % | 1.2 | 1.9 | 1.6 | 1.1 | 1.4 | 2.0 | 2.4 | 2.7 |
| Dividend yield (net) % | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 |

Source: Company accounts, LSEG Eikon, UBS estimates. Metrics marked as (UBS) have had analyst adjustments applied. Valuations: based on an average share price that year, (E): based on a share price of US$ 330.65 on 24-Oct-2024 18:43:35 EDT

---

This report has been prepared by UBS Securities LLC. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES, INCLUDING INFORMATION ON THE QUANTITATIVE RESEARCH REVIEW PUBLISHED BY UBS, BEGIN ON PAGE 7.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.