# Exhibit 3

Summary    News    Research    Chart    Community    Statistics    Historical Data    Profile    Financials    Analysis    Options    Holders

NYSE - Nasdaq Real Time Price • USD

# West Pharmaceutical Services, Inc. (WST)

☆ Follow

## 269.39 +2.95 (+1.11%)

As of 2:54:31 PM EST. Market Open.

WST: Risk or rebound?

Currency in USD    🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Oct 25, 2024 | 328.00 | 330.64 | 305.69 | 307.92 | 306.73 | 1,538,000 |
| Oct 24, 2024 | 327.50 | 352.33 | 325.00 | 330.65 | 329.37 | 2,183,500 |
| Oct 23, 2024 | 285.65 | 288.50 | 283.36 | 286.44 | 285.33 | 671,100 |

## Related Tickers

| STVN | RMD | RGEN | TFX | HOLX | CLPBY | ALGN | XRAY | BDX |
|------|-----|------|-----|------|-------|------|------|-----|
| Stevanato Group S.p.A. | ResMed Inc. | Repligen Corporation | Teleflex Incorporated | Hologic, Inc. | Coloplast A/S | Align Technology, Inc. | DENTSPLY SIRONA Inc. | Becton, Dick |
| **20.62** -1.29% | **246.76** -0.24% | **158.02** -0.04% | **125.49** +0.49% | **75.11** +0.11% | **8.57** -0.58% | **160.03** -1.76% | **11.52** +1.28% | **195.41** -0.5 |





Copyright © 2025 Yahoo.
All rights reserved.

 

**What's trending**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**About**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans