# Exhibit 13



# West Pharmaceutical Services, Inc.

**Eric M. Green**

President, CEO and Chair of the Board

March 2023 Investor Conferences



# Safe Harbor Statement

## Cautionary Statement Under the Private Securities Litigation Reform Act of 1995

This presentation and any accompanying management commentary contain "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements include, but are not limited to, statements about product development and operational performance. Each of these statements is based on preliminary information, and actual results could differ from any preliminary estimates.

We caution investors that the risk factors listed under "Cautionary Statement" in our press releases, as well as those set forth under the caption "Risk Factors" in our most recent Annual Report on Form 10-K as filed with the Securities and Exchange Commission and as revised or supplemented by our quarterly reports on Form 10-Q, could cause our actual results to differ materially from those estimated or predicted in the forward-looking statements. You should evaluate any statement in light of these important factors. Except as required by law or regulation, we undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events, or otherwise.

## Non-U.S. GAAP Financial Measures

Certain financial measures included in these presentation materials, or which may be referred to in management's discussion of the Company's results and outlook, have not been calculated in accordance with U.S. generally accepted accounting principles ("U.S. GAAP"), and therefore are referred to as non-U.S. GAAP financial measures. Non-U.S. GAAP financial measures should not be considered in isolation or as an alternative to such measures determined in accordance with U.S. GAAP. Please refer to "Reconciliation of Non-U.S. GAAP Financial Measures" at the end of these materials for more information.

## Trademarks

Registered trademarks used in this report are the property of West Pharmaceutical Services, Inc. or its subsidiaries, in the United States and other jurisdictions, unless noted otherwise. Daikyo Crystal Zenith® and Daikyo® are registered trademarks of Daikyo Seiko, Ltd.



Over the course of our 100-year history the West name has come to mean so much to so many people.

## "Keep everlastingly at it."

**Herman O. West**
**West Founder**
**April 14, 1923**

The future innovations we'll advance across the next 100 years will allow us to have a greater and more positive impact on the world, as we firmly stand by the side of our customers and patients, in new and exciting ways.

March 2023 Investor Conferences





## OUR PURPOSE

We serve to improve patient lives.



## OUR MISSION

We contain and deliver injectable therapies that improve patient lives.



## OUR VISION

To be the world leader in the integrated containment and delivery of injectable medicines.



— ENTERPRISE STRATEGIC PLAN —

**EXECUTE | INNOVATE | GROW**



**MAKING AN IMPACT TO OUR STAKEHOLDERS**



## OUR CORE VALUES

Passion for Customers

Leadership in Quality

One West Team

March 2023 Investor Conferences

4

# West is a Global Leader in Containment and Delivery of Injectable Medicines

*In 2022, we produced almost 47 billion components impacting the lives of billions of patients around the world.*







**VIAL CONTAINMENT & SYRINGE COMPONENTS**

**ADMINISTRATION & RECONSTITUTION**

**DRUG DELIVERY & DIAGNOSTIC DEVICES**

# A Growing Business
# Well-Positioned for Success



## Net Sales* by GEOGRAPHY

- 48%
- 43%
- 9%

- ● Americas
- ● Europe, Middle East, Africa
- ● Asia Pacific

## Net Sales* by PRODUCT CATEGORY

- 55%
- 23%
- 5%
- 17%

PROPRIETARY PRODUCTS

- ● High-Value Product Components
- ● Standard Packaging
- ● High-Value Product Delivery Devices
- ● Contract-Manufactured Products

## Net Sales* by MARKET GROUP

- 41%
- 18%
- 24%
- 17%

PROPRIETARY PRODUCTS

- ● Biologics
- ● Generics
- ● Pharma
- ● Contract-Manufactured Products

**Team Members**
**10,000+**
Globally

**Locations**
**50**
26 Manufacturing Sites

**Customers**
**>2,000**
Across Healthcare Industry

**Products**
**>123M**
Components Daily

\* FY2022

March 2023 Investor Conferences

6

# 2022 Business Highlights





Shipped close to
**47 billion components**
touching billions of patients



Established landmark collaboration with **Corning** in Pharmaceutical injectable drug delivery



**Expanded capacity**
at 13 existing sites with 110 major facility modifications and over 690 pieces of equipment



**600+ new
team members** joined West



**Donated over $2.75M**
to our local communities to help those in greatest need



**Published over 100**
scientific peer-reviewed and industry publications



**Advanced our ESG
5-year goals**
with purpose driven mindset



Introduced
**Daikyo CZ® 2.25mL
insert needle syringe
system**



Customers received three drug approvals using **SmartDose® device**

# Our Market-Led Journey is Generating Success and Positions Us Well for the Future

## COMMERCIAL & PRODUCT MANAGEMENT

Customer-facing market units in Proprietary Products segment and Contract Manufacturing that focus on providing products to healthcare companies from concept to patient

## R&D AND TECHNICAL EXPERTISE

Expanding High-Value Product offerings aligned to ever-changing market needs with new technology, services, solutions and capabilities



## GLOBAL OPERATIONS

Globalized network that has increased capacity, quality and throughput while optimizing our 26 manufacturing sites to support the increased base and COVID-19 demand

March 2023 Investor Conferences

# Market-Led: Meeting the Changing Needs in the Market

*Taking a customer-centric approach to addressing customer segment needs.*



**Biologics**

Packaging solutions for sensitive molecules and
self-injection technologies



**Generics**

Manufacturing efficiency and differentiation
beyond the molecule



**Pharma**

Total cost of ownership
and life cycle management



**Contract Manufacturing**

Quality manufacturing and
design for manufacturing

In 2016, Biologics represented 22% of total sales.
In 2022, Biologics represented 41% of total sales.

# Delivering Customer Needs with High-Value Products & Services





**SELF-INJECTION**

**CONTAINMENT**

**QUALITY BY DESIGN**

**CAMERA INSPECTED**

**COATED**

*VALUE TO CUSTOMER*

*FROM CORE COMPONENTS TO PREMIUM SYSTEMS*

DAIKYO
Crystal Zenith®
THE CLEAR SOLUTION

*Integrated Systems of Elastomer and Glass*

NOVAPURE
Unrivaled quality...by design

**STERILIZED**

WEST Envision™

**WASHED**

West FluroTec®

Westar SELECT

Westar RU
STERILE
Ready-to-Use Components



Westar RS
Ready-to-Sterilize Components

COMPLEXITY OF PROBLEM SOLVED

# Research and Development



## Driving Scientific and Technical Leadership to Simplify the Journey™ for Customers







### New Products & Platforms

Connecting the dots across science and technology to realize ideas for potential value creation

### Technology Scouting & New Go-to-Market (GTM) Enablement

- Novel Drug Delivery
- Diagnostic Systems
- Advanced Materials
- Additive Manufacturing & Biosensors

### Product Life Cycle Management

- Elastomers
- SmartDose® On Body Drug Delivery System
- SelfDose™ injector®
- Vial Adapter Systems

March 2023 Investor Conferences

# Strong Organic Sales Growth Performance



**Organic Net Sales Growth
2018 to 2022 - Trailing 12-Month Average**

- - - Organic Net Sales Growth with COVID-19 Impact

—— Approx. Organic Net Sales Growth excluding COVID-19 Impact

Long-Term Financial Construct Organic Sales Growth Range

9%

7%

2018    2019    2020    2021    2022

- Organic net sales growth has been fueled by increasing demand for High-Value Products (HVPs), especially by Biologics customers

- As stated on February 2023 earnings call, we expect continued double-digit base (excluding COVID-19) Proprietary Product organic sales growth and a decline of COVID-19 related sales from $388 million in 2022 to an estimated $85 million in 2023



# Product Net Sales and Range
# of Gross Profit Margin*

### HVP% of Total Units Sold (Proprietary and Contract Mfg.)



2016

2022*

### Range of Gross Margins within Product Categories

39.4% Consolidated Gross Margin*

High Value Product (HVP) Components

HVP Delivery Devices

Standard Packaging

Contract Mfg.

0%                     2022 Category Gross Margin %                     100%

### HVP% of Consolidated Net Sales



2016          2022*

45%            64%

* Full-Year 2022

March 2023 Investor Conferences

13

# Global Operational Effectiveness

*Every Component "Has" a Patient's Name on It.*



### Enable and Support Business Growth

Leverage our global scale and core competencies



### Global Manufacturing Operations Strategy

Execute our West manufacturing strategy



### Global Supply Chain Maturity

Continue to mature our integrated global supply chain capability



### Advanced Manufacturing Technology

Ensure product superiority through manufacturing and quality excellence

# Capacity Investments making progress across the Globe

**West**

**AMERICAS EXPANSION PROGRESS**


Kinston


Williamsport & Jersey Shore

**ASIA PACIFIC EXPANSION PROGRESS**


Jurong, Singapore

**EUROPE EXPANSION PROGRESS**


Kovin




Waterford


Eschweiler



March 2023 Investor Conferences

8

# Over the past 6 years, WST has significantly deployed cash for growth and returned cash to shareholders while also strengthening the balance sheet



## From 2016 to 2022, WST Has Reinvested/Returned Cash of $2.4 Billion

| | |
|---|---|
| Capital Investments – a majority directed to growth projects to fuel organic sales growth and margin expansion | From 2016-2022:  $1.2 billion Capex<br>2023 Guidance (provided in Feb 2023):  $350M |
| Inorganic Investments to Complement our Organic Growth Strategy with a Focus on Technology, Licenses, Equity Investments and Partnerships | 2019: Increased equity stake in Daikyo<br>2022: Corning Collaboration<br>2016-2022: Tech licenses and equity investments |
| Annual Increases in Quarterly Dividend Payments | 2022 marks the 30th consecutive year of annual dividend increases by WST |
| Share Repurchases to Keep Share Count Neutrality | 2016:  75.0 million diluted share count<br>2022:  75.8 million diluted share count |
| During the past 7 years, organic sales growth and margin expansion has strengthened our balance sheet | 2016:  Net Cash was ($26M)<br>2022:  Net Cash was +$685M |

### In February 2023, the Board of Directors approved a $1.0 billion share repurchase program with no specified expiration date

# Purpose. Driven.



## Creating a healthier environment through our sustainability efforts



*NASDAQ recognition of West's Corporate Responsibility Report featured in Times Square, New York*

### ESG Priorities for 2023 and beyond

 Climate Strategy

 R&D for the Environment

 Waste in Operational Processes

 Responsible Supply Chain

 Talent Diversity

 Engagement and Retention











# Driven by our collective purpose
# to improve patient lives





**Execute. Innovate. Grow.**

**Delivering Unique Value to Customers and Patients**

**Global Operational Effectiveness Across the Network**

**Accelerating Investments for the Future**