# Exhibit 15



# West Pharmaceutical Services, Inc.

**Eric M. Green**

President, CEO and Chair of the Board

2023 William Blair Growth Stock Conference





# Safe Harbor Statement

**Cautionary Statement Under the Private Securities Litigation Reform Act of 1995**

This presentation and any accompanying management commentary contain "forward-looking statements" as that term is defined in the Private Securities Litigation Reform Act of 1995. Such statements include, but are not limited to, statements about product development and operational performance. Each of these statements is based on preliminary information, and actual results could differ from any preliminary estimates.

We caution investors that the risk factors listed under "Cautionary Statement" in our press releases, as well as those set forth under the caption "Risk Factors" in our most recent Annual Report on Form 10-K as filed with the Securities and Exchange Commission and as revised or supplemented by our quarterly reports on Form 10-Q, could cause our actual results to differ materially from those estimated or predicted in the forward-looking statements. You should evaluate any statement in light of these important factors. Except as required by law or regulation, we undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events, or otherwise.

**Non-U.S. GAAP Financial Measures**

Certain financial measures included in these presentation materials, or which may be referred to in management's discussion of the Company's results and outlook, have not been calculated in accordance with U.S. generally accepted accounting principles ("U.S. GAAP"), and therefore are referred to as non-U.S. GAAP financial measures. Non-U.S. GAAP financial measures should not be considered in isolation or as an alternative to such measures determined in accordance with U.S. GAAP.  Please refer to "Reconciliation of Non-U.S. GAAP Financial Measures" at the end of these materials for more information.

**Trademarks**

Registered trademarks used in this report are the property of West Pharmaceutical Services, Inc. or its subsidiaries, in the United States and other jurisdictions, unless noted otherwise. Daikyo Crystal Zenith® and Daikyo® are registered trademarks of Daikyo Seiko, Ltd.

2023 William Blair Growth Stock Conference

2

# *Our Journey began with a name ...*





## 1923

Herman O. West founded
The West Company
in Philadelphia
and serves as its
first President and CEO

# *50 ... 100 ... 200 ... 10,000 pounds of rubber ...*





... were used to make rubber dental grinding wheels, rubber bulbs, stoppers and plungers for pharma

*"The plant sounded like a thousand woodpeckers hitting a tree simultaneously"*

# *Rising to successfully face a daunting challenge...*





... during World War II, West, in conjunction with Eli Lilly and the U.S. Government, invents a stopper for a multi-dose vial of penicillin and manufacture the new stopper in massive quantities for both military and civilian use

*Insulin ... Penicillin ...
this is the beginning of something big ...*





The Company expands to ...
- Multiple sites in the U.S.
- Latin America, 1952
- South America, 1957
- Europe, 1968
- Asia, 1983

In 1973, West forms a partnership with Daikyo Seiko in Japan, and currently West owns 49% of Daikyo

6





## OUR PURPOSE

We serve to improve patient lives.



### OUR MISSION

We contain and deliver injectable therapies that improve patient lives.



### OUR VISION

To be the world leader in the integrated containment and delivery of injectable medicines.


— ENTERPRISE STRATEGIC PLAN —

**EXECUTE | INNOVATE | GROW**



**MAKING AN IMPACT TO OUR STAKEHOLDERS**



### OUR CORE VALUES

Passion for Customers

Leadership in Quality

One West Team

7

# West is a Global Leader in Containment and Delivery of Injectable Medicines

*In 2022, we produced almost 47 billion components impacting the lives of billions of patients around the world.*







**VIAL CONTAINMENT & SYRINGE COMPONENTS**

**ADMINISTRATION & RECONSTITUTION**

**DRUG DELIVERY & DIAGNOSTIC DEVICES**

# A Growing Business
# Well-Positioned for Success



## Net Sales* by GEOGRAPHY

- 48% Americas
- 43% Europe, Middle East, Africa
- 9% Asia Pacific

## Net Sales* by PRODUCT CATEGORY

PROPRIETARY PRODUCTS

- 55% High-Value Product Components
- 23% Standard Packaging
- 5% High-Value Product Delivery Devices
- 17% Contract-Manufactured Products

## Net Sales* by MARKET GROUP

PROPRIETARY PRODUCTS

- 41% Biologics
- 18% Generics
- 24% Pharma
- 17% Contract-Manufactured Products

**Team Members**
**10,000+**
Globally

**Locations**
**50**
26 Manufacturing Sites

**Customers**
**>2,000**
Across Healthcare Industry

**Products**
**>128M**
Components Daily

\* FY2022

2023 William Blair Growth Stock Conference

9

# Our Market-Led Journey is Generating Success and Positions Us Well for the Future

## COMMERCIAL & PRODUCT MANAGEMENT

Customer-facing market units in Proprietary Products segment and Contract Manufacturing that focus on providing products to healthcare companies from concept to patient



## R&D AND TECHNICAL EXPERTISE

Expanding High-Value Product offerings aligned to ever-changing market needs with new technology, services, solutions and capabilities

## GLOBAL OPERATIONS

Globalized network that has increased capacity, quality and throughput while optimizing our 25 manufacturing sites to support our growing base demand while responding to the COVID-19 pandemic

# Market-Led: Meeting the Changing Needs in the Market

*Taking a customer-centric approach to addressing customer segment needs.*



## Biologics

Packaging solutions for sensitive molecules and
self-injection technologies



## Generics

Manufacturing efficiency and differentiation
beyond the molecule



## Pharma

Total cost of ownership
and life cycle management



## Contract Manufacturing

Quality manufacturing and
design for manufacturing

# Delivering Customer Needs with High-Value Products & Services





**SELF-INJECTION**

**CONTAINMENT**

**QUALITY BY DESIGN**

**CAMERA INSPECTED**

*Integrated Systems of Elastomer and Glass*

**COATED**

VALUE TO CUSTOMER

FROM CORE COMPONENTS TO PREMIUM SYSTEMS

**STERILIZED**

**WASHED**



COMPLEXITY OF PROBLEM SOLVED



# West/Daikyo HVP components are the market standard for primary packaging of biologic drugs







### HIGH GROWTH SECTOR

Biologics (large molecules) are among the top in injectable therapies

### TOP 50 BIOLOGIC INJECTABLES

Rely on HVP components from West or Daikyo

### HIGH PARTICIPATION RATE ON NEW DRUGS

Vast majority of recently approved NMEs incorporate West or Daikyo

In 2016, Biologics represented 22% of WST's total net sales.
In 2022, Biologics represented 41% of WST's total net sales.

# Global Operational Effectiveness

*Every Component "Has" a Patient's Name on It.*



### Enable and Support Business Growth

Leverage our global scale and core competencies



### Global Manufacturing Operations Strategy

Execute our West manufacturing strategy



### Global Supply Chain Maturity

Continue to mature our integrated global supply chain capability



### Advanced Manufacturing Technology

Ensure product superiority through manufacturing and quality excellence

# Global Operations – Proprietary Products in 2023









1965

**~ 1- 2 Million**
COMPONENTS
MANUFACTURED
DAILY

**100 Years**
OF PROVIDING
INNOVATIVE
SOLUTIONS

2023

**~ 128 Million**
COMPONENTS
MANUFACTURED
DAILY

# *In 2020, the world faced a new, daunting challenge*
# *and West rose to meet it head on*





West developed and mass manufactured stoppers for multi-dose penicillin vials during World War II

1940's

2020



The COVID-19 pandemic afflicted millions of people around the world and crippled economies.  Healthcare turned to injectable drugs – this time a multi-dose vial of novel mRNA vaccines

# Using our OneWest team philosophy and flexing our Global Operations, we had a multi-pronged approach to the pandemic



## West's Pandemic Priorities:


Well-being and safety of team members across globe


Continuity of manufacturing and supply of components to our customers


Help vaccine developers protect their sensitive biomolecules with trusted solutions

## West's Pandemic Initiatives:


Proactively accelerated capex to expand high-value products capacity

- *To manufacture Flurotec® and NovaPure® components (for the highest degree of quality and safety)*
- *To address the expected increase in customer demand, 2020–2021*


Expanded existing sites and added personnel to move to 24/7 schedules to address the expected demand for components associated with COVID-19





All of these efforts are due to our dedicated 10,000+ team members committed to getting the job done

# West Accelerated multi-phased HVP investments to meet both pandemic and base demand



**2020**

**2021**

**2022**

Completed investment across the network for first-phase of incremental HVP capacity

Investment for additional phases of capacity expansion of equipment and validated lines

**During 2020-2022**
deployed $712 million of capital expenditures with a focus at 13 existing sites with 110 major facility modifications and over 690 pieces of equipment



# Organic Net Sales Growth Performance Pre- and Post-Pandemic





- Organic net sales growth has been fueled by increasing demand for High-Value Products (HVPs), especially by Biologics customers

- As stated on April 2023 earnings call, we expect continued double-digit base (excluding COVID-19) Proprietary Product organic sales growth and a decline of COVID-19 related sales from $388 million in 2022 to an estimated $60 million in 2023







All of our 10,000+ team members understand the criticality of our role in healthcare ... and we continue to build, prepare and plan for the future ...

# We are committing $350 million of CapEx in 2023 to further expand our capacity to prepare for existing base demand and potential future drug launches



## AMERICAS EXPANSION PROGRESS



Kinston



Williamsport & Jersey Shore

## ASIA PACIFIC EXPANSION PROGRESS



Jurong, Singapore

## EUROPE EXPANSION PROGRESS



Kovin





Waterford



Eschweiler







2023 William Blair Growth Stock Conference

21

Research and Development is looking to push the leading edge of primary containment and delivery and prepare for novel treatments such as advanced therapies



# Driving Scientific and Technical Leadership to Simplify the Journey™ for Customers







### New Products & Platforms

Connecting the dots across science and technology to realize ideas for potential value creation

### Technology Scouting & New Go-to-Market (GTM) Enablement

- Novel Drug Delivery
- Diagnostic Systems
- Advanced Materials
- Additive Manufacturing & Biosensors

### Product Life Cycle Management

- Elastomers
- SmartDose® On Body Drug Delivery System
- SelfDose™ injector®
- Vial Adapter Systems

# Purpose. Driven.

**West**

## Creating a healthier environment through our sustainability efforts



*NASDAQ recognition of West's Corporate Responsibility Report featured in Times Square, New York*

### ESG Priorities for 2023 and beyond

 Climate Strategy

 R&D for the Environment

 Waste in Operational Processes

 Responsible Supply Chain

 Talent Diversity

 Engagement and Retention















# Making a Difference to Patient Health over the next Century







**West 100 years**

**Execute. Innovate. Grow.**

**Delivering Unique Value to Customers and Patients**

**Global Operational Effectiveness Across the Network**

**Accelerating Investments for the Future**

*Past, Present and Future –*
*everything we do has a "patient's name" on it*