# Exhibit 32

SEC Form 4

**FORM 4**

| | |
|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] Lai Quintin J | 2. Issuer Name **and** Ticker or Trading Symbol WEST PHARMACEUTICAL SERVICES INC [ WST ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle) 530 HERMAN O. WEST DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 08/11/2023 | Director ___ 10% Owner ___ X Officer (give title below) ___ Other (specify below) ___ VP Strat & Investor Relations |
| (Street) EXTON        PA        19341 (City)        (State)        (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| | Rule 10b5-1(c) Transaction Indication ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/11/2023 | | M | | 8,772 | A | $89.64 | 27,078.93 | D | |
| Common Stock | 08/11/2023 | | M | | 7,140 | A | $102.51 | 34,218.93 | D | |
| Common Stock | 08/11/2023 | | M | | 3,348 | A | $173.22 | 37,566.93 | D | |
| Common Stock | 08/11/2023 | | M | | 1,388 | A | $274.29 | 38,954.93 | D | |
| Common Stock | 08/11/2023 | | M | | 453 | A | $369.13 | 39,407.93 | D | |
| Common Stock | 08/11/2023 | | S | | 10,725 | D | $394.6225[1] | 28,682.93 | D | |
| Common Stock | 08/11/2023 | | S | | 8,635 | D | $395.5426[2] | 20,047.93 | D | |
| Common Stock | 08/11/2023 | | S | | 1,741 | D | $396.123[3] | 18,306.93 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $89.64 | 08/11/2023 | | M | | | 8,772 | 02/20/2019[4] | 02/20/2028 | Common Stock | 8,772 | $0.00 | 0.00 | D | |
| Stock Options (Right to buy) | $102.51 | 08/11/2023 | | M | | | 7,140 | 02/19/2020[4] | 02/19/2029 | Common Stock | 7,140 | $0.00 | 0.00 | D | |
| Stock Options (Right to Buy) | $173.22 | 08/11/2023 | | M | | | 3,348 | 02/18/2021[5] | 02/18/2030 | Common Stock | 3,348 | $0.00 | 1,116 | D | |

| **Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned** (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to buy) | $274.29 | 08/11/2023 | | M | | | 1,388 | 02/23/2021[6] | 02/23/2031 | Common Stock | 1,388 | $0.00 | 1,388 | D | |
| Stock Options (Right to buy) | $369.13 | 08/11/2023 | | M | | | 453 | 02/22/2023[7] | 02/22/2032 | Common Stock | 453 | $0.00 | 1,359 | D | |

**Explanation of Responses:**

1. The price reported in Column 4 is an average price. These shares were purchased in multiple transactions at prices ranging from $393.97 to $394.96, inclusive. The reporting person undertakes to provide to West Pharmaceutical Services, Inc., any security holder of West Pharmaceutical Services, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range in this footnote.

2. The price reported in Column 4 is an average price. These shares were purchased in multiple transactions at prices ranging from $394.97 to $395.93, inclusive. The reporting person undertakes to provide to West Pharmaceutical Services, Inc., any security holder of West Pharmaceutical Services, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range in this footnote.

3. The price reported in Column 4 is an average price. These shares were purchased in multiple transactions at prices ranging from $395.97 to $396.45, inclusive. The reporting person undertakes to provide to West Pharmaceutical Services, Inc., any security holder of West Pharmaceutical Services, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range in this footnote.

4. This option is fully vested.

5. This award vests in four equal annual installments beginning on February 18, 2021.

6. This award vests in 4 equal annual installments beginning on 2/23/2022.

7. This award vests in four equal annual installments beginning on February 22, 2023.

**Remarks:**

Ryan Metz as Agent for Quintin J. Lai                    08/14/2023

\*\* Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**