# Exhibit 35

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Green Eric Mark | WEST PHARMACEUTICAL SERVICES INC [ WST ] | X Director                     10% Owner |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/07/2024 | X Officer (give title below)   Other (specify below) President, CEO and Board Chair |
| 530 HERMAN O. WEST DRIVE | 4. If Amendment, Date of Original Filed (Month/Day/Year) 05/09/2024 | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
| (Street) EXTON          PA          19341 (City)          (State)          (Zip) | Rule 10b5-1(c) Transaction Indication X Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[1] | 05/07/2024 | | M | | 9,316 | A | $57.38 | 162,224.1245 | D | |
| Common Stock[1] | 05/07/2024 | | M | | 15,684 | A | $57.38 | 177,908.1245 | D | |
| Common Stock[1] | 05/07/2024 | | M | | 41,000 | A | $59.64 | 218,908.1245 | D | |
| Common Stock[1] | 05/07/2024 | | S | | 9,316 | D | $366.6419[2] | 209,952.1245 | D | |
| Common Stock[1] | 05/07/2024 | | S | | 15,684 | D | $366.6589[2] | 193,908.1245 | D | |
| Common Stock[1] | 05/07/2024 | | S | | 41,000 | D | $366.6521[2] | 152,908.1245 | D | |
| Common Stock[1] | 05/07/2024 | | M | | 9,000 | A | $59.64 | 161,908.1245 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $57.38 | 05/07/2024 | | M | | | 9,316 | 04/24/2015 | 04/24/2025 | Common Stock | 9,316 | $0 | 0 | D | |
| Stock Option (Right to Buy) | $57.38 | 05/07/2024 | | M | | | 15,684 | 02/23/2016 | 04/24/2025 | Common Stock | 15,684 | $0 | 0 | D | |
| Stock Option (Right to Buy) | $59.64 | 05/07/2024 | | M | | | 41,000 | 02/23/2017 | 02/23/2026 | Common Stock | 41,000 | $0 | 45,732 | D | |
| Stock Option (Right to Buy) | $59.64 | 05/07/2024 | | M | | | 9,000 | 02/23/2017 | 02/23/2026 | Common Stock | 9,000 | $0 | 36,732 | D | |

**Explanation of Responses:**

1. The shares reported were acquired by the Reporting Person from exercising a portion of a stock option award expiring in either 2025 or 2026, pursuant to Rule 10b5-1 Trading Plan. The purchase and sale reported on this Form 4 was completed pursuant to a Rule 10b5-1 Trading Plan adopted by the Reporting Person on 11/17/2023.

2. The price reported in Column 4 is a weighted average price.

**Remarks:**

The only change to this form filed on 5/9/2024 is that the Rule 10b5-1(c) box is now checked.

| | |
|---|---|
| /s/ Louis Lalli | 08/08/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**