# Exhibit 47

DocuSign Envelope ID: 67932411-5EC5-41A7-9AAE-7B095F9798A7

# West Pharmaceutical Services, Inc
## 10b5-1 Non-Discretionary Option Exercise and Stock Sale Plan

## EXERCISE AND SALE INSTRUCTIONS

**Seller's Name:** Eric Green
**Adoption Date:** 5/5/2023 _____

ENTRY INTO THESE EXERCISE AND SALE INSTRUCTIONS REQUIRES PRE-APPROVAL UNDER **West Pharmaceutical Services, Inc** ("ISSUER") INSIDER TRADING POLICY. IN ADDITION, SOLIUM CAPITAL LLC WILL NOT ACCEPT ANY AMENDMENT OR MODIFICATION TO, OR TERMINATION OF, THESE SALE INSTRUCTIONS AND/OR THIS 10B5-1 NON-DISCRETIONARY OPTION EXERCISE AND STOCK SALE PLAN (THE "PLAN"), WITHOUT WRITTEN CONFIRMATION AND CONSENT FROM ISSUER**.**

This form is a request that Solium Capital LLC ("Solium") exercise certain options, if applicable, and/or sell shares of Issuer common stock in accordance with the instructions below. Please fill out the instructions table as completely as possible, keeping in mind that it must be clear what shares you want sold and/or options you want exercised, when, and/or at what price.

**Language changes and/or additions to this Exercise and Sale Instructions Page are permitted only by Solium.**

| Line | Designated Sale Period * | | Share Type (ISO/NQ/ RSU/ Restricted Stock/Long) | Grant Date/Acquisition Date | Vesting Date & Quantity for Unvested Shares | Number of Shares to be sold | Limit Price (if no limit, shares will be sold "at market") | Notes |
|---|---|---|---|---|---|---|---|---|
| | Start Date** | Selling End Date | | | | | | |
| 1 | 8/8/2023 | 8/8/2023 | NQ | 4/24/2015 | | 44,000 | Market | Exercise 50,000 Options. Hold remaining 6,000 shares. |
| 2 | 11/7/2023 | 11/7/2023 | NQ | 4/24/2015 | | 44,000 | Market | Exercise 50,000 Options. Hold remaining 6,000 shares. |
| 3 | 2/27/2024 | 2/27/2024 | NQ | 4/24/2015 | | 42,132 | Market | Exercise 48,132 Options. Hold |

|  |  |  |  |  |  |  |  | remaining 6,000 shares. |
|---|---|---|---|---|---|---|---|---|
| 4 | 5/7/2024 | 5/7/2024 | NQ | 2/23/2016 |  | 44,000 | Market | Exercise 50,000 Options. Hold remaining 6,000 shares. |
| 5 | 8/6/2024 | 8/6/2024 | NQ | 2/23/2016 |  | 30,732 | Market | Exercise 36,732 Options. Hold remaining 6,000 shares. |

*Note: Insert additional rows as necessary.*

**<u>Seller's Affiliation Status</u>:** ☒ Rule 144 affiliate ☒ Director or officer (as defined in Rule 16a-1(f) of the Exchange Act ) ☐ Non-Rule 144 affiliate

**Notice of transactions to be provided by Solium to:**

Upon receipt and execution of this completed and signed EXERCISE AND SALE INSTRUCTIONS page, Solium agrees to exercise the options, if applicable, and sell the shares of stock described above, on the terms described above in accordance with Solium's Services Access Agreement with Issuer and subject to the attached TERMS AND CONDITIONS set forth in the Plan, which you should read in full. As a result of limitations in the TERMS AND CONDITIONS, there is no guarantee that the options will be exercised and/or shares described above will be sold in accordance with your instructions.

*\*Sale date contingent on Issuer approval of the satisfaction of the vesting conditions. Solium can only sell shares when Issuer has approved, in writing, and shares are available in the account.*

<u>Selling Start Date</u>: The Selling Start Date is the **<u>later</u>** of (i) and (ii):

   (i)    the 91st day after the Adoption Date; or
   (ii)    the <u>earlier</u> of:
        (a)    the third business day following the disclosure of the Issuer's financial results in a Form 10-Q or Form 10-K for the completed fiscal quarter in which this Plan is adopted; or
        (b)    the 121st day after the Adoption Date.

The Issuer will notify the Shareworks Executive Services 10b5-1 team via email at executiveservices@morganstanley.com no later than five (5) business days prior to the Selling Start Date, which such email shall indicate that all conditions under the Issuer's Insider trading program ("Policy") required for execution of the Plan have been satisfied. If such notification is not delivered to Solium at least five (5) business days prior to the Selling Start Date, Solium will act upon such notice as promptly as administratively feasible.

IN ADDITION TO THE COOLING-OFF PERIOD REQUIRED BY RULE 10b5-1(c)(1)(ii)(B), ISSUER MAY IMPOSE AN ADDITIONAL PERIOD OF TIME WHICH MUST ELAPSE BEFORE TRADING MAY COMMENCE UNDER THE PLAN._

SELLER:                                                    SOLIUM CAPITAL LLC:

_Eric Green_                                               _Colleen Arguello_
0D67D7C69948423...                                         BF5FDB4E683A4C9...

Name:  Eric Green                                          Name: Colleen Arguello
Date:  5/5/2023                                            Title:  Executive Director, Corporate &
                                                                   Institutional Solution