# Exhibit 48

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

Once completed, please fax this 10b5-1 Trading Plan to **877-283-5691, Attn: 10b5-1 Group** or mail it to **Fidelity Brokerage Services LLC, Attn: 10b5-1 Group, 2 Contra Way T2L, Merrimack, NH 03054.** Please call **800-544-6161** for any assistance that you may require with the completion of this 10b5-1 Trading Plan. This Plan is subject to Fidelity review and approval. Fidelity will commence acting as the broker under this Trading Plan only once signed and accepted by Fidelity below.

## I. CUSTOMER INFORMATION

| | |
|---|---|
| **Customer Name(s)\*:ERIC GREEN** | **Issuer**      West Pharmaceutical Services Inc<br><br>**Issuer's Authorized Representative:**<br>**Name:**     Luis Cantarero<br>**Title:**       Vice President Total Rewards<br>**Phone:**<br>**Address:** |
| **Address:**<br>████████████ | **Stock Symbol: WST** |
| **Day Phone:**<br><br>**Evening Phone:** - | **Affiliate/"Control Person" Status:**<br>*(check applicable boxes)*<br><br>[ X ]  I am        [   ]  I am not<br><br>an executive officer, director or 10% owner of Issuer |
| **Email:** | [ X ]  I have    [   ]  I have not<br><br>**been notified that Issuer will file Form 4 statements on my behalf consistent with Issuer's designation of me as a "Section 16 reporting person"** |
| **Fidelity Brokerage Account Number:**<br><br>Z21868974 | [ X ]  I have    [   ]  I have not<br><br>**been notified by Issuer that I may be deemed an "affiliate" as defined in Rule 144 of the Securities Act of 1933** |

\*Include both the individual customer's name & any entity name(s) or other account registration type participating in this plan at the individual's direction (i.e. trusts, LLCs, IRA accounts, etc.).

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.<br>Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

## II. TRADING SCHEDULE & INSTRUCTIONS (ATTACH ADDITIONAL SHEETS IF NECESSARY)

Customer hereby instructs Broker to effect exercises, sales, or purchases (as the case may be) of shares of stock of Issuer from or into the Fidelity brokerage account (the "Customer Account") in accordance with the trading schedule set forth in the appropriate table below. For open market sales or purchases of shares, the Customer must specify a date on which the brokerage order will be entered ("Order Entry Date") and executed in accordance with Customer instructions pursuant to normal brokerage rules and regulations, and as set forth in the Customer Agreement governing the Customer Account. If the Customer specifies an Order Entry Date that is a weekend or holiday, the brokerage order will be entered prior to the opening of regular market trading hours on the next trading day. Share quantities and prices listed shall be increased or decreased to reflect stock splits, mergers, reorganizations, recapitalizations, or other similar changes or corporate actions in Issuer's capitalization that may occur prior to execution of the trades. Limit price orders are at the limit price or better, beginning at the opening of regular market trading hours on the specified trade date(s) and expiring at the close of regular market trading hours on the trading date(s).

### Market Access Considerations

If your trading plan directs Broker to enter a limit order to sell a security that, at the time of entry, is at a price lower than the then- current quoted market price, and the difference between the limit price and the market price exceeds limits set by National Financial Services LLC (NFS) in compliance with Exchange Act Rule 15c3-5 ("Market Access Rule"), you authorize Broker to place the limit order as a market order. Limit orders to sell that are above the current price, but not more than the percentage price limits set by NFS in compliance with the Market Access Rule, will be entered with the stated limit. Limit orders to sell that are above the current price, but more than the percentage price limits set by NFS in compliance with the Market Access Rule, will be placed in a pending status until the stock price closes on the prior day, at a point that complies with NFS's established Market Access Rule limits.

You understand that, under circumstances of extreme market volatility, there is a possibility that the price of the security may move above or below the stated Limit Order price and, accordingly, your executed price (or average price) may be below the limit order price stated.

### Order Handling

You may choose to provide specific order handling instructions when you establish your 10b5-1 plan. Fidelity handles these specific order handling instructions by placing them with a "Not Held" designation and communicating those instructions to the trading group on the specified order entry date. "Not Held" means an instruction on an order to buy or sell securities, indicating that the Customer has given the broker time and price discretion in executing the best possible trade and does not hold the broker responsible if the best deal is not obtained. In the absence of specific order handling instructions being provided, and where possible, Fidelity may still process your order on a "not held" basis. Market conditions can vary greatly between the time of plan establishment, order entry, and order execution. In some circumstances, a "Not Held" designation may include executing the order using a Volume Weighted Average Price (VWAP) or another trading algorithm that attempts to trade proportionately to the market over a specified trading horizon. Customer acknowledges that, for purposes of Rule 10b5-1, they will not communicate with the broker during transaction execution and that the activities described above shall not be deemed a modification of the instructions set forth herein.

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

**Trading Schedule 1 for Account: XXXXX█████**

**Trading Instruction - Fidelity Discretion**

### COMPANY STOCK PLAN STOCK OPTION SHARES TO BE EXERCISED AND SOLD

| Number of Option Shares to be Acquired by Option Exercise and Sold | Include Previously Unexercised Option Shares | *Federal Tax Increase | Option Exercise Date | Order Entry Date 1 | Time in Force (Day / GTC) | GTC thru Date | Frequency | Occurrences | Trading Conditions |
|---|---|---|---|---|---|---|---|---|---|
| 64,132 | NO | | 02/27/2024 | 02/27/2024 | DAY | | ONCE | 1 | 1 |
| 15,684 | NO | | 05/07/2024 | 05/07/2024 | DAY | | ONCE | 1 | 1 |

*Where applicable.

### TRADING CONDITIONS: The following table describes complex and tiered order handling instructions

| Trading Conditions Id | Prior Closing Price on Primary Exchange (From) | Prior Closing Price on Primary Exchange (To) | Order Type | Stop Price | Limit Price | Percentage of Previously Unexercised Option Shares to be Sold | Quantity not to Exceed |
|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | MARKET | | | | |

### SOURCE SHARES: Number of shares to be exercised and sold will come from the following sources in the indicated portions and sequence

| Grant Type | Grant ID | Grant Date | Vesting Date | Vested Shares Quantity | Exercise Price | Exercise Percentage | Exercise Amount | Processing Sequence |
|---|---|---|---|---|---|---|---|---|
| NQ | SOP | 04/24/2015 | | 79,816.00000 | $57.3800 | 100.00% | 79,816 | 1 |

---

1 *Rights to acquire Shares under Company Stock Plans Option will be exercised (if applicable) when the corresponding order for shares to be sold is filled; if the order for shares to be sold is not filled, then the corresponding Company Stock Plan Options will not be exercised.*

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

**Trading Schedule 2 for Account: XXXXX**████          **Trading Instruction - Fidelity Discretion**

| COMPANY STOCK PLAN STOCK OPTION SHARES TO BE EXERCISED AND HELD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number of Option Shares to be Acquired by Option Exercise and Held | Include Previously Unexercised Option Shares | *Federal Tax Increase | Option Order Entry Date | Time In force (Day / GTC) | GTC Thru Date | Frequency | Occurrences | Trading Conditions |
| 9,000 | NO | | 02/27/2024 | DAY | | ONCE | 1 | 1 |

*Where applicable

| TRADING CONDITIONS: The following table describes complex and tiered order handling instructions | | | | |
|---|---|---|---|---|
| Trading Conditions Id | Prior Closing Price on Primary Exchange (From) | Prior Closing Price on Primary Exchange (To) | Percentage of Previously Unexercised Option Shares to be Exercised | Quantity not to Exceed |
| 1 | N/A | N/A | | |

| SOURCE SHARES: Number of shares to be exercised will come from the following sources in the indicated portions and sequence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grant Type | Grant ID | Grant Date | Vesting Date | Vesting Share Quantity | Exercise Price | Exercise Percentage | Exercise Amount | Processing Sequence |
| NQ | SOP | 04/24/2015 | | 18,316.00000 | $57.3800 | 49.13% | 9,000 | 1 |

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

**Trading Schedule 3 for Account: XXXXX**████

**Trading Instruction - Fidelity Discretion**

### COMPANY STOCK PLAN STOCK OPTION SHARES TO BE EXERCISED AND SOLD

| Number of Option Shares to be Acquired by Option Exercise and Sold | Include Previously Unexercised Option Shares | *Federal Tax Increase | Option Exercise Date | Order Entry Date 1 | Time In Force (Day / GTC) | GTC thru Date | Frequency | Occurrences | Trading Conditions |
|---|---|---|---|---|---|---|---|---|---|
| 9,316 | NO | | 05/07/2024 | 05/07/2024 | DAY | | ONCE | 1 | 1 |

*Where applicable.

### TRADING CONDITIONS: The following table describes complex and tiered order handling instructions

| Trading Conditions Id | Prior Closing Price on Primary Exchange (From) | Prior Closing Price on Primary Exchange (To) | Order Type | Stop Price | Limit Price | Percentage of Previously Unexercised Option Shares to be Sold | Quantity not to Exceed |
|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | MARKET | | | | |

### SOURCE SHARES: Number of shares to be exercised and sold will come from the following sources in the indicated portions and sequence

| Grant Type | Grant ID | Grant Date | Vesting Date | Vested Shares Quantity | Exercise Price | Exercise Percentage | Exercise Amount | Processing Sequence |
|---|---|---|---|---|---|---|---|---|
| NQ | SOP | 04/24/2015 | | 18,316.00000 | $57.3800 | 50.86% | 9,316 | 1 |

---

1  Rights to acquire Shares under Company Stock Plans Option will be exercised (if applicable) when the corresponding order for shares to be sold is filled; if the order for shares to be sold is not filled, then the corresponding Company Stock Plan Options will not be exercised.

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

**Trading Schedule 4 for Account: XXXXX**■              **Trading Instruction - Fidelity Discretion**

### COMPANY STOCK PLAN STOCK OPTION SHARES TO BE EXERCISED AND SOLD

| Number of Option Shares to be Acquired by Option Exercise and Sold | Include Previously Unexercised Option Shares | *Federal Tax Increase | Option Exercise Date | Order Entry Date 1 | Time In Force (Day / GTC) | GTC thru Date | Frequency | Occurrences | Trading Conditions |
|---|---|---|---|---|---|---|---|---|---|
| 41,000 | NO | | 05/07/2024 | 05/07/2024 | DAY | | ONCE | 1 | 1 |
| 30,732 | NO | | 08/06/2024 | 08/06/2024 | DAY | | ONCE | 1 | 1 |

*Where applicable.

### TRADING CONDITIONS: The following table describes complex and tiered order handling instructions

| Trading Conditions Id | Prior Closing Price on Primary Exchange (From) | Prior Closing Price on Primary Exchange (To) | Order Type | Stop Price | Limit Price | Percentage of Previously Unexercised Option Shares to be Sold | Quantity not to Exceed |
|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | MARKET | | | | |

### SOURCE SHARES: Number of shares to be exercised and sold will come from the following sources in the indicated portions and sequence

| Grant Type | Grant ID | Grant Date | Vesting Date | Vested Shares Quantity | Exercise Price | Exercise Percentage | Exercise Amount | Processing Sequence |
|---|---|---|---|---|---|---|---|---|
| NQ | SOP | 02/23/2016 | | 86,732.00000 | $59.6400 | 82.70% | 71,732 | 1 |

---

[1] *Rights to acquire Shares under Company Stock Plans Option will be exercised (if applicable) when the corresponding order for shares to be sold is filled; if the order for shares to be sold is not filled, then the corresponding Company Stock Plan Options will not be exercised.*

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC. Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

Trading Schedule 5 for Account: XXXXX█████   **Trading Instruction - Fidelity Discretion**

### COMPANY STOCK PLAN STOCK OPTION SHARES TO BE EXERCISED AND HELD

| Number of Option Shares to be Acquired by Option Exercise and Held | Include Previously Unexercised Option Shares | *Federal Tax Increase | Option Order Entry Date | Time in force (Day / GTC) | GTC Thru Date | Frequency | Occurrences | Trading Conditions |
|---|---|---|---|---|---|---|---|---|
| 9,000 | NO | | 05/07/2024 | DAY | | ONCE | 1 | 1 |
| 6,000 | NO | | 08/06/2024 | DAY | | ONCE | 1 | 1 |

*Where applicable

### TRADING CONDITIONS: The following table describes complex and tiered order handling instructions

| Trading Conditions Id | Prior Closing Price on Primary Exchange (From) | Prior Closing Price on Primary Exchange (To) | Percentage of Previously Unexercised Option Shares to be Exercised | Quantity not to Exceed |
|---|---|---|---|---|
| 1 | N/A | N/A | | |

### SOURCE SHARES: Number of shares to be exercised will come from the following sources in the indicated portions and sequence

| Grant Type | Grant ID | Grant Date | Vesting Date | Vesting Share Quantity | Exercise Price | Exercise Percentage | Exercise Amount | Processing Sequence |
|---|---|---|---|---|---|---|---|---|
| NQ | SOP | 02/23/2016 | | 86,732.00000 | $59.6400 | 17.29% | 15,000 | 1 |

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

**SECTION 8(a) TRADES:** If Broker cannot effect any sale of shares for any of the reasons described in Section 8(a) of the Terms and Conditions of this Trading Plan, then Broker should (check no more than one of the following):

[ X ] Execute the transaction on the next possible business day
[    ] Cancel the sale and add the resulting unsold shares to the number of Shares to be sold on the next Date of Sale on the same sale grid above.
[    ] Cancel the sale altogether and proceed only with sale instructions corresponding to the later Dates of Sale on the same sale grid above.

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC, Member NYSE, SIPC.

DocuSign Envelope ID: 633B7572-16EE-46D8-BC62-8D6514219C01



**10b5-1 TRADING PLAN**

Customer agrees to all of the terms and conditions set forth in this Trading Plan, as may be amended from time to time and all applicable exhibits hereto (collectively, the "Agreement ").

| CUSTOMER: | | Accepted by Fidelity Brokerage Services LLC: | |
|---|---|---|---|
| | ┌─DocuSigned by:<br>*Eric Green*<br>└─27E5AB0F1CF44EF | | ┌─DocuSigned by:<br>*JOE BERCHTOLD*<br>└─FA56BE3E828D49C... |
| BY: | | BY: | |
| Name: | ERIC GREEN | Name: | JOE BERCHTOLD |
| Title: | Chairman, President and CEO | Title: | Sr SPS Exec SVC Team Support Specialist |
| Date: | 11/17/2023 \| 3:01 PM EST | Date: | 11/17/2023 \| 6:30 PM EST |

Once completed, please fax this completed 10b5-1 Trading Plan to **877-283-5691 Attn: 10b5-1 Group** or mail it to **Fidelity Brokerage Services LLC, 2 Contra Way T2L, Merrimack, NH 03054 Attn: 10b5-1 Group**. Please call **800-544-6161** for any assistance that you may require with the completion of this 10b5-1 Trading Plan.

Brokerage services provided by Fidelity Brokerage Services LLC. Member NYSE, SIPC.
Accounts carried by National Financial Services LLC. Member NYSE, SIPC.