# Exhibit 49

C Corrected Transcript

**FACTSET: call**street

10-Nov-2023

# West Pharmaceutical Services, Inc. (WST)

**Annual Baron Investment Conference**



West Pharmaceutical Services, Inc. (WST)
Annual Baron Investment Conference

C Corrected Transcript
10-Nov-2023

# CORPORATE PARTICIPANTS

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

# OTHER PARTICIPANTS

**Neal Scott Kaufman**
*Analyst, BAMCO, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Neal Scott Kaufman**
*Analyst, BAMCO, Inc.*

Good morning. My name is Neal Kaufman. I manage the Baron Health Care Fund and I'm a member of the Health Care Research team at Baron. West Pharmaceutical Services may not be a household name, but its products touch the lives of billions of patients around the world. West makes components and systems for the packaging and delivery of injectable drugs. For example, West is the market-leading provider of rubber stoppers used with pharmaceutical vials. You might be thinking, Isn't that a commodity business? West products have to go through two years of stability testing to prove that they don't contaminate the drugs they contain. Their products have specialized proprietary coatings. They are part of the regulatory approval process. Customers rely on the high quality of their products for their most valuable assets. We think West has a competitively advantaged business with a long runway for growth ahead.

I would now like to introduce Eric Green, CEO of West Pharmaceuticals. After majoring in chemistry in college, Eric worked as a sales rep for Sigma-Aldrich, a life sciences tools company, where he continued to work in advance over 22 years. In 2015, Eric was appointed the CEO of West, and since that time, West stock price has increased over five times. Please welcome Eric Green.

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

Great. Thank you, Neal. Thanks, Neal, for the introduction. Ron, great seeing you.

**Unverified Participant**

Nice seeing you too.

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

# West Pharmaceutical Services, Inc. (WST)

Annual Baron Investment Conference

**C** Corrected Transcript

10-Nov-2023

Yeah. Good morning, everyone. I have to tell you, it's the first time I've been in this iconic place and it's a humbling experience to be here. So thank you very much for inviting West Pharmaceutical Services in your event. I do want to just quickly state the Safe Harbor statement. This is in our website if you like to read in great detail. But let's talk a little bit about West.

And I'm assuming some of you haven't heard of West Pharmaceutical Services and some may have. So I really want to take you back to Philadelphia, a little different place than this. So I'm sure some of you as soon as you heard Philadelphia are thinking about the iconic – the Liberty Bell, the Love Park, and also you think about the Philly cheesesteaks that I've come accustomed to enjoy by moving to Philadelphia. But more importantly, let me take you back 100 years. In Philadelphia of April 1923, it's a gentleman named Herman O. West had a vision, and he stood proudly on these steps to pronounce the start of the West Company. And again, April 14th in 1923, 100 years ago. And he wanted to focus. His focus was manufacturing plungers for dental cartridges. Not long after that, he started to realize that was a significant growth opportunity, began manufacturing aluminum seals on the other end of those dental cartridges. So he was an innovator by heart. That was the manufacturing site.

As you know, we're in the pharmaceutical industry, cleanroom environment in all our facilities. But this is back in 1923. When you walked into the shop what you would hear is thousands – it sounds like a thousand woodpeckers hitting the trees simultaneously. That's what was being conducted in those facilities. And here's where they did 50, 100, 200, 50,000 pounds of rubber that was used to produce dental grinding wheels, rubber stoppers, bulbs, plungers for the pharmaceutical customers.

And then a major event occurred during the World War II. And with the innovative culture at West, Eli Lilly and the US government were looking at ways to able to deliver multi-dose vials of penicillin across the globe, but more importantly to support the military and civilian use. And West was able to innovate in elastomer component the capability through the formulation and technology a multi-puncture so these vials can be used over and over to get the mass distribution of these very important penicillin across multiple channels. This innovation has gone on to really see many soldiers' lives, and has gone to packed millions of patients since that time. And so, when you think about it, the core of the company around elastomeric components, pharmaceutical drug material and also impact in patient lives around innovation has not changed over 100 years.

So when you think about insulin, you think about penicillin, this was the start of something big at West. So thinking about beyond just the United States, the company started to multiply or have multiple sites through the US to support our customers. We moved into Latin America, South America – I'm sorry, yeah, South America, Europe and also Asia. And we started to forge important partnerships. You can't go on this journey alone. And Herman O. West and the management team was very focused on how do you create these partnerships across the globe to really be able to touch patients across in all societies.

And that's when we started to create a relationship with a company called Daikyo. And today, after 50 years, we've had this relationship where we own 49% of Daikyo. They have technology that we use in our processes, and we have technologies they use in their processes and truly represent them on a global basis. So, these partnerships has allowed us as an example of Daikyo to grow globally and go internationally quite quickly.

So, keep everlastingly at it, was a phrase Herman O. West often used and it really summed up the hardworking nature. He was so focused on doing it the right the first time. He understood the importance of quality and patient outcome at that point of time in the history of the company. It [ph] wasn't (00:06:56) about just running a successful business, and you'll see this in the DNA of West today. It's about the people. And it's also about the communities that we work, operate and play in. And it's really [ph] humbling (00:07:08) as when I joined West, as

# West Pharmaceutical Services, Inc. (WST)
Annual Baron Investment Conference

Neal indicated about eight, nine years ago, that's one of the hallmarks of this company is how we give back to the communities, not just with financial support, but also with our time and our talents.

So, now let's bring it to you today. That's a little history. I hope you get a sense of how this company started 100 years ago. We have a very clear purpose across this organization. It's impacting patient lives. Our mission is we are the global leader of primary containment and delivery of injectable medicines. So, we're not a household name. For those that are taking – have injections whether it's daily, weekly, monthly or annual, you're not going to see our logo. But I can assure you, 7 out of 10, every injections that occur across the globe, our products are used to contain and/or deliver that molecule. So it's an awesome responsibility, but we're also very privileged and we understand our position in the marketplace.

Our focus around quality, leadership with our customers is really making an impact for all our stakeholders, our employees, our customers, and also our shareholders. When you think about our portfolio, this is important to look at. When you think about we talked about vial containment and the components. These are components used in contact with drug molecule. I've heard in the introduction Neal mentioned about two years of stability tests. So you have to prove that that molecule will work, whether it's one day, one week, one month, two years at consumption after being contained in the glass or the elastomer components.

We have administration and reconstitution and we also have drug delivery devices. As you think about today's environment and especially with the COVID pandemic, trying to move away from IV to subcu, how do you take the requirement to get your medicine in a hospital setting into the patients' home? These are new innovations that we're bringing to the table that allow us to be able to serve patients, particularly in the biologic space.

What's impressive with the team members across the globe, we have 11,000 team members that are producing 47 billion components a year to be able to support the global injection space around the world. And that created a really diverse portfolio for West. From a geographic point of view, over 45% of our business is outside the United States and it continues to grow accelerated growth in the Asia Pacific markets. Our portfolio of products continues to move towards what you'll hear more about later in the presentation about high-value products. And what that allows us to do is capture higher ASP, higher revenues, but also higher margins in our portfolio.

What you'll notice there, there's a section that about 17% of our business is contract manufacturing. And what is that? That's where basically we're taking the design and the IP of the drug company of an auto-injector or a pen and actually doing scaling up and mass manufacturing in our facilities across the globe. So, that's about 17%, 18% of our business where we don't own the IP. But the other 80-plus-percent of our business, that is West IP knowhow patents and years and years of experience that is written into the drug filing when these drugs are actually filed with the FDA or CE in Europe and other regulatory bodies across the globe. So that portion of the business continues to grow nicely.

And the third lens we have on our business, which is quite unique, is looking at it from a molecular type. Is it a large molecule? So, you think about biologics and biosimilars, very unique characteristics of those customers versus generics, which is more small molecule generics and also the innovative pharma molecules. So, very diverse portfolio from a geographic point of view, from a product itself, portfolio product segmentation and also market segmentation. And very pleased that we continue to see all areas grow quite nicely.

In 2016, we changed the lens of the company. We historically have been very focused on 29 manufacturing sites servicing customers in the local areas. And we identified quickly that our customers are becoming more global. So we globalized the view and changed it to be more market led, and this has resulted in some tremendous results for our customers and also patient outcome. We've talked briefly about the different buckets, but what we create

# West Pharmaceutical Services, Inc. (WST)
Annual Baron Investment Conference

10-Nov-2023

is value propositions that allow us to be more effective and targeted towards the type of molecule that's been innovated that needs to be deployed into the marketplace to the patients.

Biologics require certain type of barrier coats. So, we look at a particular elastomer component from the naked eye and say, Eric, that doesn't look all that complicated. But the reality is the formulation of elastomeric component that we produce, it's our IP, plus the barrier coat on top that creates a barrier between elastomer and the drug molecule, allows it to be safely contained in a vial or a prefilled syringe for a short period of time or a longer period of time with no impact on the drug molecule itself.

And we saw a similar effect with generics and pharma by becoming more granular on how we service those markets. In fact, I would say our win rate in biologics is over 90%. So any biologic that's approved today through BLA process, when you think about it could be advanced therapies, all biologics, we're on 90-plus-percent of everyone that's approved. And once it's approved, we're written into the filings. We're really with that molecule of the lifecycle, whether it's 5, 10, 15, 20 years. Biologics is becoming a bigger portion of our company. With this lens focus, it's now over 40% and it's doubled the last seven years.

This is an interesting look at our portfolio and what the high-value product really means. So, what does that mean? On the bottom left-hand side, you see a bunch of elastomer components. Right now, out of the 47 billion components we produce, in the bottom left that's roughly around 75%, 76% of the volume, but only 25% of the revenue. And the model that we have created is we continuously add capabilities and services to support the pharmaceutical customers, to basically take it out of their processes to make their end product higher quality, more effective. And that means moving up West star, West vision all the way up to what we call NovaPure.

To give you an example, a standard product might be $0.01 or $0.02 a piece. Not a lot. 25% to 30% margin. NovaPure per unit is over $1 plus 70% to 80% margin. So you can see the power of how biologics and HVP is driving top line growth and margin expansion in a market that injectable space is about 2% to 3% volume growth.

So we've created this capability, working with our customers to provide higher-level products to them with the most complex molecules to ensure that their drug molecule works each and every time that's when it's delivered to a patient. To put it into perspective, our products as a percentage of the COGS of the drug molecules still are less than to 1% or 2%. And we're agnostic, so we work with all the drug companies. So that's the power of this model, the durability of this model and the journey that we're on to take the high value products to be about 22%, 23% of our business and continue to grow that from a units perspective each year.

In 2016, we also changed our global operations. I mentioned earlier that all manufacturing sites operated independently. We actually would have sites compete against one another to capture the same business for the customer, not the smartest model to have, I would suggest. So, we created this center of excellence out of the 25 sites that we have our five high-value products sites across the globe. We have our core products. We have our device products. And by doing that, we're able to invest our capital more effectively with better returns. So if you think about our ROIC back in 2016 was roughly around 10%, 11%, 12%. Now it's in the 20s. And it's because we're able to leverage our facilities more effectively with this model.

But I want to tell you a quick story. Out here you see every component has a patient name on it. One of the first trips I made to one of our plants in Germany is called Eschweiler. It's one of our larger plants across the globe. And for those that know me, I enjoy being in the facilities and talking with our team members. And there was a work cell that they're working on certain types of plungers for certain customers. And I asked them, out of the 47 billion components we produce every year, this work cell's probably doing 30 million components. But I asked them, I said, how do you ensure that each and one – how do you ensure that you have the highest-level quality

# West Pharmaceutical Services, Inc. (WST)

Annual Baron Investment Conference

**C** Corrected Transcript

10-Nov-2023

each and every time that goes out the door? You can put systems in, you can put processes in, you can put analytical testing in, and that's all good standard practices. The one thing you can't do is put it in the minds and the DNA of our team members that one of the operators looked at me and said, Eric, each and every one of these has a patient name on it. That's purpose.

And I'll come a little bit later in the story, a little bit later about that purpose. But they realized it's not about the volume. It's about each and every one, because they themselves, their family members, their friends, the people in their communities are taking these important injectable medicines and these products are on it. So, they can relate to the importance of quality. And that's been the hallmark of West for many decades, and that will continue to be the hallmark of West going forward.

I like this slide because it shows kind of the past and today. And I'm excited to show you in a number of years what's going to look like in the future with automation, even more automation. But right now, today, when you think about this, the volume capacity. In 1965, we used to do about 120,000 a day. Now, we're doing 128 million components a day. That's 128 million doses that we're able to produce – to support doses in the marketplace. And these operations have been set up with a scale to be able to respond when something would happen in our society. So, that's played out. That's played out for West.

And we talked about – earlier about 1940s, the World War II and how we responded and supported the penicillin into the marketplace working with Eli Lilly and the US government. In 2020 – early 2020, the first quarter, we were at the table with multiple drug companies to identify how do we support the mass production and distribution of mRNA vaccines because of COVID. And what's humbling is that I don't think there's a company that has touched all 8 billion doses that were delivered across the world than West. And in order to do that, we had to turn our facilities all into 24/7.

Going back to purpose, one of the hallmarks or the measures you look at effective manufacturing is absenteeism rate. And before COVID, we were probably around 4%, 3% to 4%, which means people would call in I can't come in today for whatever reason, I'm not feeling well and etcetera. During COVID, when all of us were faced with the same challenge and you just think about yourselves, how you reacted when the news started to come out, our employees realized – and there's I don't – we don't believe in carrot and stick. They realized that these components – they knew that these components are going to go on those vaccines.

Our absenteeism rate went well below the pre-COVID numbers, which tells me that they were running to the event versus running away from the event. And that sets a precedent. And with the way we designed the operations, we were able to focus a few of our plants just to produce the components necessary to package those molecules so they can be delivered. Without the packaging containment, those molecules would not have been able to get into the market. Period. So that's a very interesting time for us. And we learned a lot and we reacted and we invested a significant amount of investment into these COVID vaccine components. What's interesting the way we've done this is we can use that installation of capacity as fungible for other molecules, particularly in biologic space. So you're not going to hear us talk about underutilized assets now sitting idle due to not producing products for the COVID vaccine.

And here's the chart to show a little detail. I know Neal you don't want to see that numbers, but we have some numbers here. Let me orientate you on this chart here. This is organic sales for West. One of the financial algorithm we've communicated that we will commit to and continue to hit or exceed is our top line growth of 7% to 9% organic growth plus operating margin expansion of 100 basis points plus year over year. And about 70% roughly of that operating margin expansion is coming from mix shift. So when I talk about going from standard

# West Pharmaceutical Services, Inc. *(WST)*

**Corrected Transcript**
10-Nov-2023

products to high-value products, that's driving that mix shift, higher profitability, driving operating margins to be greater than 100 basis points per year.

During the pandemic, yes, you see that red line go up. That's the organic sales, including COVID-19 impact. And then obviously, after the significant push into 2021, 2022, it's come down, overall net sales growth with COVID. What you know is we're still growing even with this decline of COVID. Last year we did about $388 million of revenue in COVID-related materials. And today we guided about $68 million for this year. Irrespective, we're still growing the business because if you look at the blue line, that's the organic growth rate quarterly. I'm sorry, – trailing 12-month average for our core business without COVID. And you can see it continue to climb above the 7% to 9% organic growth rate that we committed to. The two biggest drivers of that, one, biologics. And two, moving existing customers up the chain of high-value products. And it's a very durable model that we have in front of us.

So when I look back, about 10,000 team members and how proud we are about how they responded, that's not the end of the story. We're just getting started. So, when you think about our investments this year alone, we're spending $350 million of capital. About 70%, 75% of our capital we put into our business today is around growth initiatives. I think historically before COVID, we were about 50%. And we're investing the capital in our centers of excellence and [ph] kind of grow (00:23:57) across the globe, whether it's in Europe, whether it's in the Americas and Asia Pacific. And this investment, as I talk about growth, is also to support all areas of pharma, generics and biologics, and particularly any other potential future drug launch that is or will occur shortly that West will have a play in that could have impacts like we've seen in past events like COVID and like other types of events that occurred.

So we're very well positioned. With our market share, the leader in the industry by a significant amount, we will continue to [ph] invest (00:24:39) ahead so we can stay ahead of the curve on the demand that we are anticipating with our customers.

From a financial point of view of this company, I'll just start with this, we're delevered, so we have more cash than debt. We have reinvested about $3 billion in the last seven years into the number one driver, as I talked about earlier, is CapEx. We will always reinvest into organic growth because the returns are quite attractive for us. So we put about half of that $3 billion into facility expansions across the globe, new technology, automation and capacity expansion. We also have done some small tuck-in acquisitions. We're not very acquisitive. We have not done a large acquisition at West. The biggest one I've done in my tenure here is a partnership with Daikyo and we know that's not a large transaction. But again, our growth is predicated on the organic.

We continue – we have 31 consecutive years of increase in the dividend at West. Puts us in a unique category, I believe. And we also are – we have a purchasing program using our cash of our stock to keep the share count neutral. And I think we've done that over the last several years.

I think the one area I'll highlight here is the net cash. When I joined West, one of the key messages we talked about as an organization is what does free cash flow mean and how do we make that be more positive. And you can see here our net cash for this company for the size that we are is about $700 million after the third quarter. I think the shareholder return has been above the S&P 500. And again, is a reflection of our financial construct, margin expansion and durability of the business.

I'll spend a moment on – before I wrap it up on ESG. I think this has been part of our DNA for years. This is not a recent phenomena for West. We've always looked at ways to improve our waste recycling. We looked at ways to reduce our energy consumption. We also are looking at – in our business, there is tremendous amount of water

Copyright © 2001-2023 FactSet CallStreet, LLC

utilization for water for injection. And so as we produce our products, we are looking at – we continue to install technology to reduce our water intensity.

I'm very proud about our philanthropy. We have a West without borders. I'll give you an example in a moment here. But I think the diversity of our organization, I truly believe we're getting to the point where we're reflecting the diversity of our customers around the globe, diversity of our patients around the around the globe, and a diversity of our employees around the globe with our senior leadership team, which basically that definition is all directors and above, so it's about a population of about 150 colleagues across West.

But I do have to show you with this. So we have an event where every [ph] field goal (00:27:54) has kicked by the Eagles, we plant 20 trees. And so year to date, we've planted – as of last week against Dallas, we planted 380 trees. I'm not suggesting – so I'm not suggesting that we're all Eagles fans at West because we're not. But I just want to say, this is just a small example of what we do to give back to our local communities.

We have a clear strategy. We have a clear vision. We have a clear plan of execution of this company. We went through some tremendous milestones over the last 100 years. The last three to four years has been tremendous. A lot of pressure on an organization not just to support the growth of the base business that continue to grow double digits for the last four or five years, but also to support the fight against COVID. 8 billion doses we've participated on. And I am very proud on the talent that we're building in this organization and the structure of the people.

This company started with a name, Herman O. West. Baron Capital started with a name. Look at the communities that have been built with their name. What I'm proud about is the community that we built with West is the millions – billions of patients that we're touching each and every day. So thank you very much. Have a great day and appreciate your attention.

Copyright © 2001-2023 FactSet CallStreet, LLC

**West Pharmaceutical Services, Inc.** *(WST)*
Annual Baron Investment Conference

Corrected Transcript
10-Nov-2023

# QUESTION AND ANSWER SECTION

**Neal Scott Kaufman**
*Analyst, BAMCO, Inc.*

Q

Great. Thank you very much, Eric. So we'll go to audience Q&A, but maybe I'll kick it off with one question to start. Tell us about what's unique about the products that prevent them from contaminating the drugs that they contain, what materials are proprietary to West that is really unique.

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

A

It's a great question because candidly, when you look at the products with your naked eye, you ask the question, what's the difference? But when you get into the science underneath it, you'll realize that each and every SKU has unique formulations. So we work with our drug companies, they all come to us. This is early in development. So we engage with these customers well before they get into clinical trials. It's usually discovery or Phase 1 or Phase 2. And at that point of time, we identify the characteristics of that molecule, what type of materials can interact or should interact to be effective for containment purposes. And to be able to prove the data so you can file it with the FDA. And I think I heard you mentioned earlier it's two years of stability tests.

So, the whole process to actually get to the elastomer component is proprietary to West. No one else has that access to that unique formulation. Now, the barrier coats we put on top of it is certain materials will actually be impacted by elastomer component. So, we have proprietary -protective product like FluroTec. It's a laminated coating that with our partner, Daikyo, we're able to take these sheatings and actually apply it above through our processes and come out, adhere to the elastomer each and every time with perfection.

So that's the uniqueness of West that when the drug is filed, it's referenced in the drug master file of a unique proprietary technology of West and no one else. So, I use the word once you're on the molecule, it's binary. Either you're on it or you're not from a elastomer kind of point of view. So hopefully that addresses your question.

**Neal Scott Kaufman**
*Analyst, BAMCO, Inc.*

Q

Great. Thank you. All right. Let's take some questions. Number two.

Q

Good morning, Eric.

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

A

Good morning.

Q

Good to see you.

# West Pharmaceutical Services, Inc. (WST)

Annual Baron Investment Conference

Corrected Transcript

10-Nov-2023

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

Good to see you, too.

...................................................................................................................................................................................................................................

Could you talk a little bit? Biologics have grown tremendously for West in the last several years. Most of those are large-molecule drugs. Could you speak about how West has actually played a role in being able to deliver by injection larger molecule drugs?

...................................................................................................................................................................................................................................

**Eric Mark Green**
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

Yeah. No. Excellent question. So one of the difficulties of delivering biologics is the modality. And there's typical ways, right? You put it in [indiscernible] (00:32:18) or you have a prefilled syringe. Was that me? A prefilled syringe. But one of the – but the issue that some of these biologics are very viscous. Take molasses. This might be me. Take molasses as an example. Try to put that through a prefilled syringe into the body, it would be painful. And so one of the ways to be able to reduce the viscosity is increase the volume.

So we have created technology. We call it SmartDose as one example, where you're able to take a molecule and put into 10 mls. So it's 10 times the typical size of an injection. So therefore, the viscosity gets less. But to be effective you have to deliver it subcu. So this device, you can put on the side of the abdomen, push the button. And over whether 5, 10, 15 minutes, whatever is required to have the absolute ideal dose delivery time and volume, we're able to adjust accordingly on these devices. Why is this important? To get larger volumes of injections, either you give yourself 10 injections, which is difficult, or you go into a hospital or clinic setting to have an IV, right? And you've seen this before.

But with this type of technology, you eliminate the need to have to go into a clinic setting, reduces costs, improves patient outcome and satisfaction. And these are the type of technologies that we're developing and we have developed.

So this type of technology is in the market. There's four molecules that have been approved with our product and this is very unique. This is not quite common in the marketplace. So we're excited about that journey on our drug delivery devices. Thanks.

...................................................................................................................................................................................................................................

**Neal Scott Kaufman**
*Analyst, BAMCO, Inc.*

Number 3.

...................................................................................................................................................................................................................................

Thank you. Thank you for the presentation. My question is about those drug delivery devices that you're just mentioning. They seem to be very different than other products you've manufactured in the past. And I wonder if you could talk a little bit about what you had to do internally in terms of your team in order to build up to be able to support those. And also, what it's done in terms of the marketplace, because it sounds like this is a space that would be more competitive for you.

...................................................................................................................................................................................................................................

# West Pharmaceutical Services, Inc. (WST)

Annual Baron Investment Conference

### Eric Mark Green
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

A

Great question. We had to – you cannot – the talent in our organization is not fungible from one to the other. And so we had to identify skill sets that come in and to really just focus on the drug delivery devices. Fortunately, back in 2015, we acquired a company that was we call it [ph] Techni (00:35:08) Group at the time. It's now we call it contract manufacturing that has that competency of design, scale and mass manufacturing of devices.

But the combination device itself was new, so we had to bring in additional talent into the organization and to build that out, particularly around regulatory, quality and some of the analytical work that we have to do. So, that's a very good question.

We feel really good where we are because we have scale and we also have experience now with commercial launches. The marketplace, I would say is, is more competitive in that area. It could be. While we're the only one that's in the market with a combination device like this that's been approved by the FDA, there are – others are trying to break in. But what's unique about our industry and many of you know this is, in the – in the pharmaceutical industry, change is slow and tough. And the incumbent allows you to gain first-mover advantage. That's very true.

So, if we think about the pipeline we're working on now it's for life cycle management. These are drugs that have been in the market, they've been very successful, but their mode of delivery IV. And now we're offering the drug company an alternative to bring it to subcu and re-label the product. So it allows them to have another competitive advantage. So the opportunity is very attractive. So, it is about execution. So, very good question.

### Neal Scott Kaufman
*Analyst, BAMCO, Inc.*

Q

Question from number 4.

Q

All right. Hi. Thanks for your talk. As a physician who does many injections on the spine, what is the manufacturing defect rate at West and what is West's strategy to balance large-scale manufacturing cost while minimizing that rate? Because when manufacturing defects enter the hands of health care professionals and patients, it can directly relate to treatment delivery failure and patient harm.

### Eric Mark Green
*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

A

Excellent question. And what you're raising is exactly our focus, that each and every injection should have a positive patient outcome. On the elastomer side of the business, where we're producing about 32 billion components a year, are out of spec, so OOS, is less than 4 per 1 billion. So when you think about the tolerance level, this is well below that.

Now we look at that is still too high and we're continuously reducing it. The way we're reducing is through automation and through AI. So, when you think about the manufacturing process of that volume, a lot of new technology around camera detection, you think about different QC processes, it's allowing us to continue to drive that down. So, you're absolutely correct.



# West Pharmaceutical Services, Inc. *(WST)*

Annual Baron Investment Conference

**C** Corrected Transcript

10-Nov-2023

Fortunately, in that process, before it gets to a patient, there's another step in the fill finish process that will weed out the 4 per 1 billion that would potentially an issue.

On the device side, we have a very good rate, success rate on the devices. A similar type of characteristic, but that's the number one principle we're looking at, is to ensure that each and every delivery has no defect. And so, we have AI digitization, all that in place to help us inform the patient and also the provider as soon as possible. So, great question.

---

**Neal Scott Kaufman**

*Analyst, BAMCO, Inc.*

**Q**

Number 5, please.

---

**Q**

With a worldwide operation like this, is quality control a challenge for you?

---

**Eric Mark Green**

*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

**A**

I would say it would have been. I think the way that we structured it has been a lot better. We've harmonized processes across our sites. I think historically, each site had their own decision rates to determine what type of technology to put in for manufacturing, what are the specification ranges. We've eliminated that through our globalization efforts, harmonized on the equipment, harmonized on the testing protocols, harmonized on the processes so that when a drug company would audit three to four different sites for the same product, they should not see any difference in their eyes. And that's what we strive for and will continue to strive for.

So, it's a great question, but what we did is we did – we have globalized our quality processes also over the last four or five years, which has been a major undertaking, but it's paying dividends today as we – and also for the growth that we expect.

---

**Neal Scott Kaufman**

*Analyst, BAMCO, Inc.*

**Q**

We have time for one more question. Question – we'll take it from number 2.

---

**Q**

Thank you for being here. I had two questions. One is in looking at the Morningstar review, 70% of the market for injectable products is controlled by you. What percentage of your business is that injectable product packaging?

---

**Eric Mark Green**

*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

**A**

That's our elastomer business. So would be about 80%.

---

**Q**

---



# West Pharmaceutical Services, Inc. (WST)

Annual Baron Investment Conference

Corrected Transcript

10-Nov-2023

Wow. Okay. Second question is, although you've said you've raised dividends considerably, I was looking at the percentage, very small, because I guess you're a growth company as Baron looks into it, it looks like the share buyback is balanced with the number of outstanding shares. Is that – so that you have more capital to deploy to other sources?

---

### Eric Mark Green

*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

A

Yes. We feel at this point of time the investment use of cash – great observation, but great use of cash is around organic growth. Right now, we're averaging in the last few years about 10% to 12% of our sales for CapEx. And about 70% of that is really in growth. The goal for us is really bring that back down to 6% to 8%. So, we're putting some future investments in right now as we speak. Then therefore, we can look at alternative use of cash for those M&A, more aggressive on dividends or even on share buyback. So, yeah.

---

### Neal Scott Kaufman

*Analyst, BAMCO, Inc.*

All right. Great. I think we're out of time. Thank you very much, Eric.

---

### Eric Mark Green

*Chair, President & Chief Executive Officer, West Pharmaceutical Services, Inc.*

Great. Thank you.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2025 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

