**INDEX OF EXHIBITS**

| EXHIBIT NO. | DATE | DESCRIPTION | REFERENCE(S) IN AMENDED COMPLAINT |
|---|---|---|---|
| 1 | 7/21/2025 | Excerpts of West Form 8-K, filed with the SEC | |
| 2 | 10/24/2024 | Excerpts of UBS analyst report entitled "Q3 Sales Beat Derisks 2024 Guidance, but Destocking Persists" | |
| 3 | 10/23/2024 | Chart listing West historical stock price from October 23, 2024 through October 25, 2024 | |
| 4 | 2/16/2023 | West Q4 2022 Earnings Call Transcript | ¶¶ 303–05, 308–09 |
| 5 | 4/27/2023 | West Q1 2023 Earnings Call Transcript | ¶¶ 333–37, 340–41, 559 |
| 6 | 7/27/2023 | West Q2 2023 Earnings Call Transcript | ¶¶ 361–62, 364, 367–68, 561 |
| 7 | 10/26/2023 | West Q3 2023 Earnings Call Transcript | ¶¶ 392–93, 395–97, 399–401, 564 |
| 8 | 2/15/2024 | West Q4 2023 Earnings Call Transcript | ¶¶ 423–25, 427–29, 432–36 |
| 9 | 4/25/2024 | West Q1 2024 Earnings Call Transcript | ¶¶ 445–47, 449–55, 566 |
| 10 | 7/27/2023 | West Q2 2023 Earnings Press Release, filed with the SEC | ¶ 360 |
| 11 | 4/25/2024 | West Q1 2024 Earnings Press Release, filed with the SEC | ¶ 444 |
| 12 | 3/14/2023 | Barclays Global Healthcare Conference presentation transcript | ¶¶ 317, 319–20 |
| 13 | 3/14/2023 | Barclays Global Healthcare Conference presentation slide deck | |
| 14 | 6/6/2023 | William Blair Growth Stock Conference presentation transcript | ¶ 355 |
| 15 | 6/6/2023 | William Blair Growth Stock Conference presentation slide deck | |
| 16 | 6/4/2024 | William Blair Growth Stock Conference presentation transcript | ¶ 473 |
| 17 | 6/4/2024 | William Blair Growth Stock Conference presentation slide deck | |
| 18 | 2/18/2025 | Excerpts of West FY 2024 Form 10-K, filed with the SEC | |
| 19 | 2/20/2024 | Excerpts of West FY 2023 Form 10-K, filed with the SEC | |

| EXHIBIT NO. | DATE | DESCRIPTION | REFERENCE(S) IN AMENDED COMPLAINT |
|---|---|---|---|
| 20 | 2/21/2023 | Excerpts of West FY 2022 Form 10-K, filed with the SEC | |
| 21 | 4/24/2025 | Excerpts of West Q1 2025 Form 10-Q, filed with the SEC | |
| 22 | 10/24/2024 | Excerpts of West Q3 2024 Form 10-Q, filed with the SEC | |
| 23 | 7/25/2024 | Excerpts of West Q2 2024 Form 10-Q, filed with the SEC | |
| 24 | 4/25/2024 | Excerpts of West Q1 2024 Form 10-Q, filed with the SEC | |
| 25 | 10/26/2023 | Excerpts of West Q3 2023 Form 10-Q, filed with the SEC | |
| 26 | 7/27/2023 | Excerpts of West Q2 2023 Form 10-Q, filed with the SEC | |
| 27 | 4/27/2023 | Excerpts of West Q1 2023 Form 10-Q, filed with the SEC | |
| 28 | 3/9/2023 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 29 | 5/11/2023 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 30 | 8/8/2023 | Form 4 filed with the SEC on behalf of Bernard J. Birkett | ¶ 544 & App'x A |
| 31 | 8/10/2023 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 32 | 8/15/2023 | Form 4 filed with the SEC on behalf of Quintin J. Lai | ¶ 544 & App'x A |
| 33 | 8/24/2023 | Form 4 filed with the SEC on behalf of Cindy Reiss-Clark | ¶ 544 & App'x A |
| 34 | 2/29/2024 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 35 | 8/8/2024 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 36 | 8/8/2024 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 & App'x A |
| 37 | 2/23/2023 | Form 4 filed with the SEC on behalf of Bernard J. Birkett | ¶ 544 |
| 38 | 2/23/2023 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 |
| 39 | 2/23/2023 | Form 4 filed with the SEC on behalf of Quintin J. Lai | ¶ 544 |
| 40 | 2/23/2023 | Form 4 filed with the SEC on behalf of Cindy Reiss-Clark | ¶ 544 |

| EXHIBIT NO. | DATE | DESCRIPTION | REFERENCE(S) IN AMENDED COMPLAINT |
|---|---|---|---|
| 41 | 3/22/2023 | Form 4 filed with the SEC on behalf of Bernard J. Birkett | ¶ 544 |
| 42 | 12/8/2023 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 |
| 43 | 2/22/2024 | Form 4 filed with the SEC on behalf of Bernard J. Birkett | ¶ 544 |
| 44 | 2/22/2024 | Form 4 filed with the SEC on behalf of Eric M. Green | ¶ 544 |
| 45 | 2/22/2024 | Form 4 filed with the SEC on behalf of Quintin J. Lai | ¶ 544 |
| 46 | 2/22/2024 | Form 4 filed with the SEC on behalf of Cindy Reiss-Clark | ¶ 544 |
| 47 | 5/5/2023 | Excerpts of Rule 10b5-1 Trading Plan executed by Eric M. Green | ¶¶ 544, 555 |
| 48 | 11/17/2023 | Excerpts of Rule 10b5-1 Trading Plan executed by Eric M. Green | ¶¶ 544, 555 |
| 49 | 11/10/2023 | Baron Investment Conference presentation transcript | ¶ 407 |