**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiffs,<br><br>  v.<br><br>WEST PHARMACEUTICAL SERVICES, INC., ERIC M. GREEN, BERNARD J. BIRKETT, QUINTIN J. LAI, and CINDY REISS-CLARK,<br><br>        Defendants. | Case No. 2:25-cv-02285 |

**CERTIFICATE OF SERVICE**

I, Margaret C. Gleason, hereby certify that on December 18, 2025, I caused true and correct copies of the following documents to be electronically filed and served upon all counsel of record via the Court's ECF System in connection with Defendants' Motion to Dismiss:

1. Defendants' Motion to Dismiss;

2. Proposed Order Granting Defendants' Motion to Dismiss;

3. Memorandum of Law in Support of Defendants' Motion to Dismiss with Appendix A (Class Period Trading of Individual Defendants);

4. Declaration of Nina Yadava in Support of Defendants' Motion to Dismiss, with Exhibits 1-49;

5. Index of Exhibits; and

6. Certificate of Service.

*[Signature on following page]*

Dated: December 18, 2025

Respectfully submitted,

*s/ Margaret C. Gleason*
Margaret C. Gleason (PA 201742)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 394-7235
Facsimile: (412) 394-7959
mcgleason@jonesday.com

Nina Yadava (*pro hac vice*)
Rajeev Muttreja (*pro hac vice*)
Sarah D. Efronson (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3746
Facsimile: (212) 755-7306
nyadava@jonesday.com
rmuttreja@jonesday.com
sefronson@jonesday.com

*Counsel for Defendants West Pharmaceutical Services, Inc., Eric M. Green, Bernard J. Birkett, Quintin J. Lai, and Cindy Reiss-Clark*