IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

New England Teamsters Pension Fund     :     Case Number:   2:25-cv-02285

       :
       :
       :

v.        :

West Pharmaceutical Services, Inc.,     :
Eric M. Green, Bernard J. Birkett,       :
Quintin J. Lai and Cindy Reiss-Clark

ORDER

AND NOW, this ___24th___ day of _____February_____ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

    [X]     GRANTED. The Clerk is DIRECTED to add ____John L. Davidson____, Esquire as counsel for
Public Employment Retirement System
_of Mississippi_____ _John L. Davidson_ is DIRECTED to request ECF filing access

using their PACER Account[1.]

    [ ]     DENIED.

/s/ Juan R. Sánchez
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).