**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW ENGLAND TEAMSTERS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEST PHARMACEUTICAL SERVICES, INC., ERIC M. GREEN, BERNARD J. BIRKETT, QUINTIN J. LAI, and CINDY REISS-CLARK, <br><br> Defendants. | Case No. 2:25-cv-02285-JS |

**DECLARATION OF DANIEL A. FRIEDMAN IN SUPPORT OF LEAD PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Daniel A. Friedman, hereby declare as follows:

1.     I am a partner of the law firm Kessler Topaz Meltzer & Check, LLP, court-appointed Counsel for Lead Plaintiffs and Lead Counsel for the Class in the above-referenced action. I am admitted to practice before this Court.

2.     I submit this Declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint.

3.     Attached hereto as Exhibit A is a true and correct copy of excerpts from West Pharmaceutical Services, Inc.'s 2025 SEC Form DEF 14A Proxy Statement, dated March 21, 2025.

1

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts from West Pharmaceutical Services, Inc.'s 2024 SEC Form DEF 14A Proxy Statement, dated March 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026
Radnor, Pennsylvania

Daniel A. Friedman (PA # 338791)

2