# EXHIBIT A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 14A**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934 (Amendment No.             )**

Filed by the Registrant  ☒

Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒  Definitive Proxy Statement

☐  Definitive Additional Materials

☐  Soliciting Material under §240.14a-12

# West Pharmaceutical Services, Inc.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒  No fee required.

☐  Fee paid previously with preliminary materials.

☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a6(i)(1) and 0-11

# Table of Contents

**Proxy Summary** 1
**Election of Directors** 7
   Director Nominations, Skills and Criteria 7
   Board Commitment to Diverse Membership and Perspectives 9
   Board Refreshment and Retirement Age 9
   Board Evaluation Process 9
**Proposal 1—Election of Directors** 10
   Director Nominee Biographies 11
**Board and Director Information and Policies** 23
   Board Leadership Structure 23
   Chair of the Board of Directors 24
   Lead Independent Director 24
   Committees 25
   The Board's Role in Risk Oversight 28
   Executive Officer Succession Planning 30
   CEO Evaluation Process 30
   Corporate Sustainability 31
   Human Capital Management 32
   Shareholder Engagement 33
   Communicating with the Board 33
   Director Education and Onboarding 33
**Corporate Governance Documents and Policies** 34
   Corporate Governance Principles 34
   West's Code of Conduct 35
   Director Independence 35
   Related Person Transactions and Procedures 35
   Political Contributions and Lobbying 36
   Anti-Hedging and Pledging Policies 36
   Share Ownership Goals 36
   Securities Trading Policy 37
**Stock Ownership** 38
**Director Compensation** 39
   2024 Non-Employee Director Compensation 39
   Director Deferred Compensation Plan 40
**Compensation Committee Report** 42
**Compensation Discussion and Analysis** 43
   Executive Summary: 2024 Performance at a Glance 43
   Governance and Compensation 44
   Say-on-Pay 45
   Executive Compensation Program Design 46
   Factors Used in the Compensation Process 48
   Business Segment Group 50
   Incentive Compensation: Important Facts about Our Incentive Targets 51
   Our Annual Incentive Compensation 52
   Impact of Business Results on our 2024 Incentive Plans 53
   Our Long-Term Equity Incentive Compensation 53
   2024 Compensation Decisions 55
   Other Compensation Practices 56
**Compensation Tables** 59
   2024 Summary Compensation 59
   2024 Grants of Plan-Based Awards 61
   Outstanding Equity Awards at Year-End 2024 62
   2024 Option Exercises and Stock Vested 63
   2024 Pension Benefits 63
   2024 Nonqualified Deferred Compensation 64
   Payments on Disability 65

Payments on Death   65
Estimated Payments Following Termination   65
Estimated Additional Severance Payments   66
Payments on Termination in Connection with a Change-in-Control   66
CEO Pay Ratio   69
Pay Versus Performance   69
2024 Option Award Disclosure   73
**Proposal 2—Advisory Vote to Approve Named Executive Officer Compensation**   74
**Proposal 3—Amend and Restate Our Articles to Add A Right for Shareholders to Call a Special Meeting**   75
**Proposal 4—Amend and Restate Our Incentive Compensation Plan**   77
**Independent Registered Public Accounting Firm and Fees**   91
**Audit Committee Report**   93
**Proposal 5—Ratification of the Appointment of PricewaterhouseCoopers LLP as Our Independent Registered Public Accounting Firm**   94
**Voting and Other Information**   95
**APPENDIX A - Reconciliation of Non-GAAP Financial Measures**   A-1
**APPENDIX B - Proposed Changes to Amended and Restated Articles of Incorporation**   B-1
**APPENDIX C - Proposed Changes to Incentive Compensation Plan**   C-1



STOCK OWNERSHIP

# Stock Ownership

The table below shows the number of shares of our common stock beneficially owned as of February 28, 2025, by each of our directors, each Named Executive Officer and all current directors and executive officers as a group. For executive officers, in addition to shares owned directly, the number of shares includes: (1) vested shares held in participant accounts under our 401(k) plan, Nonqualified Deferred Compensation Plan for Designated Employees ("Employee Deferred Compensation Plan") and Employee Stock Purchase Plan; and (2) time vested restricted stock and Restricted Stock Units ("RSUs") held in various incentive plan accounts, unless receipt of those shares has been deferred. For non-employee directors, in addition to shares owned directly, the common stock column includes vested deferred stock and stock-settled stock units awarded under the Nonqualified Deferred Compensation Plan for Non-Employee Directors ("Director Deferred Compensation Plan").

| Name | Common Stock | Options Exercisable Within 60 Days | Percent of Class |
|---|---|---|---|
| Silji Abraham | 3,323 | 7,587 | * |
| Bernard J. Birkett | 7,538 | 46,025 | * |
| Eric M. Green | 171,121 | 402,609 | * |
| Annette F. Favorite | 21,843 | 40,818 | * |
| Kimberly B. MacKay | 1,515 | 11,151 | * |
| Mark A. Buthman | 41,730 | — | * |
| William F. Feehery | 29,977 | — | * |
| Robert F. Friel | 3,069 | — | * |
| Janet Haugen | — | — | * |
| Thomas W. Hofmann | 41,868 | — | * |
| Molly E. Joseph | 1,960 | — | * |
| Deborah L. V. Keller | 9,095 | — | * |
| Myla P. Lai-Goldman | 17,937 | — | * |
| Stephen H. Lockhart | 1,092 | — | * |
| Douglas A. Michels | 43,903 | — | * |
| Paolo Pucci | 9,388 | — | * |
| ***All directors and executive officers as a group (18 persons; excludes Mr. Abraham)*** | 409,759 | 521,180 | |

\*    Less than one percent of outstanding shares

Based on a review of filings with the SEC, we have determined that the persons listed below hold more than 5% of the outstanding shares of our common stock. Unless otherwise stated, each holder has sole voting and dispositive power over the shares listed. Percent of class information based on public filings, which are stated as of February 28, 2025.

| Name and Address of Beneficial Owner | Shares | Percent of Class |
|---|---|---|
| The Vanguard Group, Inc. 100 Vanguard Boulevard Malvern, PA 19355 | 9,002,632[1] | 12.45% |
| BlackRock, Inc. 55 East 52nd Street New York, NY 10022 | 7,778,203[2] | 10.76% |

(1)   Based on the Schedule 13G/A filed on February 13, 2024, includes sole voting power over no shares and shared voting power over 97,902 shares and sole dispositive power over 8,685,103 shares and shared dispositive power over 317,529 shares.

(2)   Based on the Schedule 13G/A filed on January 24, 2024, includes sole voting power over 7,219,051 shares and sole dispositive power over 7,778,203 shares.

West◆

COMPENSATION DISCUSSION AND ANALYSIS

The Committee approves the determination of actual achievement relative to pre-established targets and the number of PSUs is adjusted up or down from 0% to 200% based on the approved actual achievement. The Committee reserves the right to adjust payouts negatively or positively under exceptional circumstances.

### Equity Award Grant Practices

Under the Committee's equity-based awards policy and procedures, equity awards to NEOs are normally made once per year. The Company's policy on equity grants contains rules on determining (1) the grant date of equity awards (at least two business days following the release of our annual results for the preceding fiscal year) and (2) the exercise price of stock options granted by the Committee (which must be at least equal to the closing price of our stock on the grant date).

In addition, all equity compensation is subject to a rigorous incentive compensation recovery (clawback) policy that includes all the requirements of applicable law, plus discretionary recovery in the event of adverse or materially harmful events against the Company. In 2023, the Committee reviewed this policy and expanded it to cover all forms of incentive compensation granted to officers and further expanded upon the events triggering recovery and the applicable procedures because the Committee determined that these measures were important mechanisms to preserve shareholder value and hold recipients of incentive compensation accountable for their actions.

## 2024 Compensation Decisions

In the first quarter of each year, the Committee meets to determine CEO and Executive Officers' pay decisions for base salary, AIP and LTI award grants reflecting both prior year performance and appropriate positioning versus the representative peer group(s).

Our compensation strategy supports West's business imperatives. It is designed to ensure:

- That executives balance short-term objectives against long-term priorities

- Alignment with shareholder interests

- The Company can attract and retain the leadership needed to deliver strong results

The Chair of the Committee works directly with the Committee's Compensation Consultant to provide a decision-making framework for use by the Committee in determining incentive plan payouts and setting target compensation opportunities for the CEO. This framework considers, among other things:

- Assessment of the CEO's performance against objectives in the prior year, both qualitative and quantitative

- Progress against strategic objectives

- West's total performance over a multi-year period

- Competitive benchmark analysis, and other relevant information

### 2024 Performance Highlights

Mr. Green's overall compensation decisions were made in the context of the Company's financial performance relative to the approved goals, his continued progression as CEO and the peer group market data. The Committee set 2024 AIP payouts to our NEOs at 20.0% of their individual AIP target amounts. Target achievement of financial metrics for 2024 resulted in the 2024 Corporate AIP pool being funded at 26.7%. This is due to the payout levels of 0.0% for EPS, 71.2% for Consolidated Net Sales and 62.1% for OCF. The Committee further adjusted the AIP payouts for each NEO based on their respective achievement against business objectives, including the AIP payout for Mr. Green. Below is a brief highlight of Mr. Green's accomplishments in 2024:



COMPENSATION DISCUSSION AND ANALYSIS

- Delivered full-year 2024 reported net sales of $2.893 billion and full-year 2024 reported-diluted EPS of $6.69. However, organic sales declined 1.5% from the prior year, with proprietary products declining 2.2% and contract manufacturing increasing by 1.1%

- Continued to drive forward the capital expansion program, directed $377.0 million in capital investments, compared with $362.0 million in 2023. This includes completion of expanded site footprints and equipment for High Value Product manufacturing for components and devices as well as Contract Manufacturing capacity for injection device manufacturing

- Opened new laboratory in Stolberg, Germany to advance innovation and our analytical services offerings with the growing customer needs

- Progressed our corporate sustainability priorities, action items and targets for 2030; recognized by Newsweek as industry-leading efforts

- Celebrated 20 years of West without Borders employee-led global giving program with 14% increase in donations across the globe

| 2024 CEO Compensation Decisions | | | | | |
|---|---|---|---|---|---|
| Pay Element | 2023 | 2024 | % Change from Prior Year | Payout % | Pay at Risk % |
| Base Salary | $ 1,143,000 | $ 1,177,290 | 3.0% | | |
| AIP Target % | 120% | 125% | — | | |
| AIP Target Value | $ 1,371,600 | $ 1,471,613 | 7.3% | | |
| LTI (50/50 PSUs and Stock Options) | $ 6,500,000 | $ 6,800,000 | 4.6% | | |
| Total Direct Compensation (TDC) | $ 9,014,600 | $ 9,448,903 | 4.8% | | |
| Pay at Risk Value | $ 7,871,600 | $ 8,271,613 | | | 87.5% |
| 2024 AIP Payout | | $ 294,690 | | 20.0% | |

For NEOs, compensation decisions take into account both the business' overall performance and the performance of the function or group that the officer oversees. In addition, these decisions include a review of their total compensation compared to the market for similar roles. Due to the business' overall financial performance, the Committee reduced the 2024 Annual Incentive Plan ("AIP") payout for each NEO by 25%. The table below summarizes the Committee's decisions for the following NEOs:

| | 2024 Compensation Decisions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Salary | | | AIP | | | | | | |
| | 2023 ($) | % Change from Prior Year | 2024 ($) | Target % | % Change from Prior Year | 2024 Target Amount ($) | Payout % | 2024 Payout Amount ($) | LTI Grant Value* ($) | TDC ($) | Pay at Risk % |
| Bernard Birkett | 700,000 | 3.0% | 721,000 | 75% | — | 540,750 | 20.0% | 108,285 | 2,250,000 | 3,511,750 | 79% |
| Silji Abraham | 525,000 | 5.7% | 555,000 | 65% | — | 360,750 | 0.0% | - | 800,000 | 1,715,750 | 68% |
| Annette F. Favorite | 436,500 | 3.1% | 450,000 | 65% | — | 292,500 | 20.0% | 58,573 | 700,000 | 1,442,500 | 69% |
| Kimberly B. MacKay | 473,000 | 3.0% | 487,000 | 60% | — | 292,200 | 20.0% | 58,513 | 650,000 | 1,429,200 | 66% |

* Granted in the form of 50% PSUs and 50% stock options.

## Other Compensation Practices

### Post-Employment Compensation Arrangements

In 2024, all NEOs were eligible to participate in our defined contribution retirement plan extending the same benefits as those available to all team members. In addition to the standard benefits available to all eligible team members, we