# EXHIBIT B

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 14A**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934 (Amendment No.          )**

Filed by the Registrant   ☒

Filed by a Party other than the Registrant   ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

# West Pharmaceutical Services, Inc.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a6(i)(1) and 0-11

# Table of Contents

| | |
|---|---|
| **Proxy Summary** | 1 |
| **Election of Directors** | 7 |
| Director Nominations, Skills and Criteria | 7 |
| Board Commitment to Diversity and Inclusion | 9 |
| Board Refreshment and Retirement Age | 9 |
| Board Evaluation Process | 10 |
| **Proposal 1—Election of Directors** | 11 |
| Director Nominee Biographies | 12 |
| **Board and Director Information and Policies** | 23 |
| Board Leadership Structure | 23 |
| Chair of the Board of Directors | 24 |
| Lead Independent Director | 24 |
| Committees | 25 |
| The Board's Role in Risk Oversight | 28 |
| Executive Officer Succession Planning | 29 |
| CEO Evaluation Process | 30 |
| Environmental, Social and Governance Responsibilities | 31 |
| Human Capital Management | 33 |
| 2023 Shareholder Engagement | 33 |
| Communicating with the Board | 34 |
| Director Education and Onboarding | 34 |
| **Corporate Governance Documents and Policies** | 35 |
| Corporate Governance Principles | 35 |
| Ethics and Code of Conduct | 36 |
| Director Independence | 36 |
| Related Person Transactions and Procedures | 36 |
| Political Contributions and Lobbying | 37 |
| Anti-Hedging and Pledging Policies | 37 |
| Share Ownership Goals | 37 |
| **Stock Ownership** | 38 |
| **Director Compensation** | 40 |
| 2023 Non-Employee Director Compensation | 40 |
| Director Deferred Compensation Plan | 41 |
| **Compensation Committee Report** | 43 |
| **Compensation Discussion and Analysis** | 44 |
| Executive Summary: 2023 Performance at a Glance | 44 |
| Governance and Compensation | 45 |
| Say-on-Pay | 46 |
| Executive Compensation Program Design | 47 |
| Factors Used in the Compensation Process | 49 |
| Business Segment Group | 51 |
| Impact of Business Results on our 2023 Incentive Plans | 56 |
| Incentive Compensation: Important Facts about Our Incentive Targets | 52 |
| Our Annual Incentive Compensation | 53 |
| Financial Measures and Adjustments | 54 |
| 2023 Consolidated Performance | 55 |
| Our Long-Term Equity Incentive Compensation | 56 |
| 2023 Compensation Decisions | 57 |
| Other Compensation Practices | 59 |
| **Compensation Tables** | 62 |
| 2023 Summary Compensation | 62 |
| 2023 Grant of Plan-Based Awards | 64 |
| Outstanding Equity Awards at Year-End 2023 | 65 |
| 2023 Option Exercises and Stock Vested | 66 |
| 2023 Pension Benefits | 67 |
| 2023 Nonqualified Deferred Compensation | 67 |
| Payments on Disability | 68 |

Table of Contents

| | |
|---|---|
| Payments on Death | 68 |
| Estimated Payments Following Termination | 69 |
| Estimated Additional Severance Payments | 69 |
| Payments on Termination in Connection with a Change-in-Control | 70 |
| CEO Pay Ratio | 73 |
| Pay Versus Performance | 73 |
| **Proposal 2—Advisory Vote to Approve Named Executive Officer Compensation** | 77 |
| **Independent Auditors and Fees** | 78 |
| **Audit Committee Report** | 79 |
| **Proposal 3—Amend and Restate Our Amended and Restated Articles of Incorporation to Eliminate Supermajority Transaction Requirement** | 80 |
| **Proposal 4—Amend and Restate Our Amended and Restated Articles of Incorporation to Eliminate Supermajority Amendment Requirement** | 81 |
| **Proposal 5—Ratification of the Appointment of PricewaterhouseCoopers LLP as Our Independent Registered Public Accounting Firm** | 82 |
| **Proposal 6—Shareholder Proposal Entitled "Simple Majority Vote"** | 83 |
| **Voting and Other Information** | 85 |
| **APPENDIX 1 - Proposed Changes to Amended and Restated Articles of Incorporation** | A-1 |



decisions for the following named executive officers (NEOs), based on overall corporate performance as summarized below:

| | Salary | | | AIP | | | | | LTI Grant Value* ($) | TDC ($) | Pay at Risk % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2022 ($) | % Change from Prior Year | 2023 ($) | Target % | % Change from Prior Year | 2023 Target Amount ($) | Payout % | 2023 Payout Amount ($) | | | |
| Bernard Birkett | 665,000 | 5.3% | 700,000 | 75% | — | 525,000 | 121.5% | 637,875 | 2,250,000 | 3,475,000 | **80%** |
| Silji Abraham | 500,000 | 5.0% | 525,000 | 65% | — | 341,250 | 121.5% | 414,619 | 700,000 | 1,566,250 | **66%** |
| Kimberly MacKay | 455,000 | 4.0% | 473,000 | 60% | — | 283,800 | 121.5% | 344,817 | 650,000 | 1,406,800 | **66%** |
| Cindy Reiss-Clark | 450,000 | 5.6% | 475,000 | 65% | 5% | 308,750 | 121.5% | 375,131 | 650,000 | 1,433,750 | **67%** |

\* Granted in the form of 50% PSUs and 50% stock options.

## Other Compensation Practices

### Post-Employment Compensation Arrangements

In 2023, all NEOs were eligible to participate in our defined contribution retirement plan extending the same benefits as those available to all team members. In addition to the standard benefits available to all eligible team members, we maintain nonqualified retirement plans in which these executives are eligible to participate in the same capacity as eligible salaried team members.

All tax-qualified defined benefit plans have a maximum compensation limit and a maximum annual benefit, which limits the benefit to participants whose compensation exceeds these limits. The nonqualified retirement plans offered by the Company provide benefits to participants, including each NEO, using the same benefit formulas as the tax-qualified plans but without regard to the compensation limits and maximum benefit accruals for tax-qualified plans.

### Severance Plan Arrangements

West also provides our NEOs with benefits upon termination in various circumstances, as described in the "Estimated Payments Following Termination" and "Payments on Termination in Connection with a Change-in-Control" sections below.

In 2020 and effective January 1, 2021, the Committee approved including officers in the U.S.-based severance plan, aligning with market practices. Mr. Green is excluded from this provision as he has a separate arrangement negotiated upon hire. The terms are consistent with those for all U.S. salaried team members and the length of severance benefit is dependent upon years of service and job level. The plan provides for severance payments to senior executives separated from the Company without cause. For officers, the severance payment is equal to one year's salary and benefits continuation at active participant rates, provided the officer has a minimum of one year of service. In addition, all team members are eligible for job transition assistance. To receive benefits under the plan, team members must agree to certain restrictive covenants and a waiver of all claims against West.

The Executive Change in Control Severance Pay Plan provides compensation in connection with an acceleration event. The Executive Change in Control Pay Plan applies to all NEOs with the exception of Mr. Green. The severance terms for Mr. Green are covered under his employment agreement. The provisions of this plan are specifically designed to address the inability of senior executives to influence the Company's future performance after certain change of control events. We believe that our existing arrangements help executives remain focused on our business in the event of a threat or occurrence of a change in control and encourage them to act in the best interests of the shareholders in assessing and implementing a transaction. The Company's CIC agreements do not include excise tax gross ups and single triggers where benefits would be paid without a termination of employment. Additionally, our CIC agreements include a cutback in payments and benefits if the NEO would be in a more favorable after-tax position and excludes benefits upon a voluntary resignation that is not due to "good reason."